# Department of the Treasury
## Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 05CV2404 (RBW) | |
|---|---|---|
| DEFENDANT One Hundred Fifty-Nine Thousand and Forty Dollars ($159,040.00) in U.S. Currency, & One 2002 BMW 745 LI Sedan, VIN:WBAGN63452DR-02119 | TYPE OF PROCESS Complaint & Warrant of Arrest in Rem | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) Arlington County Police Department
One Hundred Fifty-Nine Thousand and Forty Dollars ($159,040.00) in United States Currency

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 2 |
|---|---|---|
| William R. Cowden<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>555 4th Street, NW, 4th Floor<br>Washington, DC 20530 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 2 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

| Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant<br>WRC/jp<br>WILLIAM R. COWDEN | TELEPHONE NO.<br>(202) 307-0258 | DATE<br>12/15/05 |
|---|---|---|
| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS. | | 12/20/05 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.<br>Ronald D. Sullivan | DATE<br>12/20/05 |
|---|---|---|---|---|

(X) I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED. ( ) HAVE LEGAL EVIDENCE OF SERVICE. ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.<br>Lieutenant F. Desanour | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above)<br>1425 N. Courthouse Road<br>Arlington, Virginia 22201 | DATE OF SERVICE<br>12/20/05 | TIME OF SERVICE<br>10:30 Am | (X) AM<br>( ) PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>Ronald D. Sullivan, Special Agent | | |
| REMARKS: | | | |

TD F 90-22.48 (6/96)