January 30, 2006

## PETITION FOR REMISSION OR MITIGATION OF FORFEITURE

I, Duane McKinney, state under penalties of perjury that I am the president of The Brotherhood of Men, Inc. (the "Corporation"), which has a legally cognizable interest in the property seized, to wit, a corporate bank account maintained at Bank of America and a 2002 BMW 745 LI Sedan, VIN: WBAGN63452DR02119; and further, that the Corporation is a non-profit corporation organized under the laws of the District of Columbia and is the innocent owner of such bank account within the meaning of 18 U.S.C. section 983.

**PROPERTY SEIZED:** Bank account at Bank of America, account number 54050074, containing approximately $13, 367.53, $159,040.00
and; 2002 BMW 745 LI Sedan, VIN: WBAGN63452DR02119

**DATE OF SEIZURE:** July 22, 2005 and December 20, 2005

**PROOF OF OWNERSHIP:** Bank statements. Certificate of Incorporation attached hereto and incorporated herein by reference as Exhibit 1.

**FACTS/CIRCUMSTANCES JUSTIFYING RETURN OF PROPERTY:**
The assets seized are the sole property of Brotherhood of Men, Inc. (the "Corporation"). The Corporation is a non-profit corporation organized in 1995 under the laws of the District of Columbia, and is exempt from federal income tax under section 501(c) (3) of the Internal Revenue Code of 1986. The Corporation has maintained proper corporate books and records since incorporation and is in good standing in the District of Columbia.

The Corporation's purpose is set forth in Article III(c) of its articles of incorporation as to "conduct programs and provide services, benefits and assistance affecting the human health and welfare of young African American males and females in the community," and also to "serve as a vehicle through which charitable contributions can be made to support its educational, job banks, mentoring, and financial grants programs and services to the community."

The Corporation derives its operating revenues from its members, as well as from both corporate and individual donations. Revenues are devoted strictly to corporate purposes under the supervision of a board of directors. Seizure of the Corporation's sole assets prevents the Corporation from carrying out its non-profit corporate purpose and from paying its ordinary and customary business expenses. As a result, the Corporation simply cannot operate and, effectively, is being put out of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __31__ day of January, 2006.

_Duane McKinney, President_

RECEIVED

FEB 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT