UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
c/o United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

CASE NO. 1: 05CV02404
Judge: Reggie B. Walton
ONE HUNDRED FIFTY-NINE THOUSAND
AND FORTY DOLLARS ($159,040.00) IN
UNITED STATES CURRENCY,

Plaintiff,

and

v.

ONE 2002 BMW 745 LI SEDAN,
VIN: WBAGN63452DR02119,

MOTION FOR THE RETURN OF THE SEIZED PROPERTY
PURSUANT TO 18 U.S.C. section 983

Defendants.

COMES NOW Duane McKinney, owner of the above described property, and respectfully moves the Court for the return of the above described property seized by the Department of Treasury Federal Law Enforcement on the 20th day of December, 2005 in Arlington County, Virginia and on the 22nd day of July, 2005 seizure of a corporate bank account maintained by Bank of America in as grounds therefore states as follows:

1. No other facts in support of said allegation were stated in the notice of seizure and information filed by the Treasury Agency Officer Ronald D. Williams stated clearly quote "Objected to on the grounds of relevance, on the grounds that potential charges against the defendant that are not related to the res seized in this matter are not relevant or material", after being asked to please identify all information from any person which may support or lead to conviction of the said Duane McKinney for any offense whether pending or not.

2. Thereafter, discovery was exchanged by the respective parties seeking to substantiate their respective opposing claims and nothing contained in the answers of the Commonwealth Attorney Elliot Casey, Esquire and Special Agent Ronald. D. Williams, representative of the Department of the Treasury, Internal Revenue Service to discovery submitted by Duane McKinney indicates that Mr. McKinney acquired the subject property in the manner or from the source specified in the Commonwealth notice of seizure. Thereafter, on the 9th day of December, 2005 on the motion of the attorney for the Commonwealth, the Honorable William T. Newman, Jr., Circuit Judge, entered an Order non-suiting and ending this forfeiture proceeding.

3. Special Agent Ronald D. Williams representative of the Department of the Treasury, Internal Revenue Service and with an unknown FBI Agent assistance interviewed numerous people defaming the character and duties of Duane McKinney, President of The Brotherhood of Men, Inc. , after such acts The Brotherhood of Men, Inc. begin to fall at an alarming rate. On the job training

RECEIVED

FEB 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

program came to a close after making notice to a program personnel that Mr. McKinney is a drug dealer and The Brotherhood of Men Inc. were paying the children too much money, at that time the children were being paid $100 per week to learn construction.

4.  On the 29th day of July, 2005 a search warrant was executed at the residence of Duane McKinney's family, at that time numerous items were taken from the property. Special Agent Kelly Bender returned some but not all of the items that were seized. Some of the items seized were keys to vehicles, credit cards belonging to Duane McKinney and also Twenty-One Thousand and Nine Hundred and Forty Dollars ( $21,940.00) in US Currency. These items were never filed as a forfeiture by Special Agent Kelly Bender or Special Agent Ronald D. Williams, both agents were present during the seizure of these items. At this time, Agent Kelly Bender made Duane McKinney's family aware of why the seizure was being performed. It was stated that Mr. McKinney is illegally buying dead people's property.

5.  Mr. McKinney and The Brotherhood of Men Inc., have furnished The Federal Bureau of Investigation/ Department of The Treasury, Internal Revenue Service and The Commonwealth Attorney Office paperwork defining the legitimacy of these finances, there is no legal basis for the continued retention by the United States District Court for the District of Columbia of the above described seized property and said Duane McKinney therefore moves the Court for the immediate return to his possession, custody, and control the aforesaid described property.

By: _____
   Duane McKinney, President
   The Brotherhood of Men Inc.
   266 Harry S. Truman Drive
   Largo, Maryland 20774
   301-350-7357

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for the Return of Seized Property was served to the United States Attorney's Office Judiciary Center Building, 555 4th Street, N.W., Washington, D.C. 20530 this 6th day of February, 2006.

_____
   Duane McKinney, President