RECEIVED APR 2 0 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNited States of AmericA
~~District Court for the District of Columbia~~
           Plaintiff,

v                                      Cival Action No.: 05-2404 RBW

One Hundred Fifty-Nine Thousand and Forty ($159,040.00) Dollars
in US Currency,

_____

Duane McKinney
           Petitioners.

## VERIFIED ANSWER TO INFORMAITION AND NOTICE OF FORFEITURE AND MOTION FOR RETURN OF SEIZED PROPERTY

Comes now, Duane McKinney in proper person and by being the President of The Brotherhood of Men, Inc. and files this verfied answer to the information and Notice of Forfeiture dated March 13, 2006, In the above described property contained in the style of this case moves the Court for the return of same and in support there of States as follows:

1. Said Duane McKinney is the lawful owener of the above-described motor vehicle, on which are no liens.

2. The said Duane McKinney is not accused of any crime and in particular no crimes or class of crimes mentioned in the information and or notice of forfeiture filed by the District of Columbia herein that is or maybe associated in anyway with the United States currency or the motor vehicle seized as above-described.

3. The information and notice set forth no more than the text of the forfeiture and contain no facts in support of the conclusion stated in the information and notice of forfeiture.

4. The currency and vehicle described is derived from and used in association with lawful bussiness activity as evidenced by the attached bank statements, construction contracts, construction permits, corporate documents and real estate settlement documents.

5. The said Duane McKinney has never been convicted of any criminal offense or activity of any type mentioned in the information or notice of forfeiture.

WHEREFORE the premises considered, the said
Duane McKinney moves the court for entry of an order directing that the above-described currency and motor vehicle be forwith returned to his possession and that the District of Columbia pay for any storage fees or propety damage to the motor vehicle above- described.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **VERIFIED ANSWER TO INFORMAITION AND NOTICE OF FORFEITURE AND MOTION FOR RETURN OF SEIZED PROPERTY** was mailed to:
William R. Cowden, Assistant United States Attorney
555 4th Street, NW Washington, DC 20530
this 20th day of March, 2006.

_____
Duane McKinney, President of
The Brotherhood of Men Inc.