**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that there were received and accepted for record in the
Department of Consumer and Regulatory Affairs, Corporations Division, on the
**31st** day of **March , 1995** *Articles of Incorporation of:*

**BROTHERHOOD OF MEN, INC. (THE)**

The above named corporation is duly incorporated and existing pursuant to and by virtue of the
Nonprofit Corporation Act of the District of Columbia and authorized to **conduct its affairs**
in the District of Columbia as of the date mentioned above.

**WE FURTHER CERTIFY** that the above entitled corporation is at the time of issuance
of this certificate in **Good Standing** , according to the records of the Corporations Division,
having filed all reports required by the District of Columbia Nonprofit Corporation Act.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of
this office to be affixed this **8th** day of **July , 2005** .

Patrick J. Canavan, Psy. D.
Director

John T. Drann
Administrator
Business and Professional Licensing Administration

Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

**THE BROTHER HOOD OF MEN INC.**
266 Harry S. Truman Drive
Largo, MD. 20774

## TRAINING SKILLS FOR YOUTH ONLY

Is providing a great opportunity for all youth from ages 14 to 21yrs. old. This opportunity will teach you skills, discipline, and responsibility any one that is below 18 must have a written permission slip from their parent stating that they can participate. You will be paid stipend a week.

## REGISTRATION IS NOW OPEN

Greenleaf Gardens Extension Resident Council INC. Monday-Friday 10:00-3:00 location 205 L Street, S.W. Washington, D.C. 20024 Call now contact person Patricia Patterson President (202) 646-1655

## START DATE AND TIME

Contact Person: Duane McKinney President, founder of
The Brotherhood Of Men INC. June 27, 2005 Monday-Friday 9:00-5:00 different hrs.          (202) 445-7887

Free Breakfast
Free lunch
Transportation will be provided



*Exhibit 3 (p. 2 of 2)*

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the **31st** day of **March , 1995** *Articles of Incorporation of:*

**BROTHERHOOD OF MEN, INC. (THE)**

The above named corporation is duly incorporated and existing pursuant to and by virtue of the Nonprofit Corporation Act of the District of Columbia and authorized to **conduct its affairs** in the District of Columbia as of the date mentioned above.

**WE FURTHER CERTIFY** that the above entitled corporation is at the time of issuance of this certificate in **Good Standing** , according to the records of the Corporations Division, having filed all reports required by the District of Columbia Nonprofit Corporation Act.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **8th** day of **July , 2005** .

Patrick J. Canavan, Psy. D.
Director

John T. Drann
Administrator
Business and Professional Licensing Administration

Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

*Exhibit 1*



GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION

951114



# C E R T I F I C A T E

THIS IS TO CERTIFY that all applicable provisions of the DISTRICT
OF COLUMBIA NONPROFIT CORPORATION ACT have been complied with and
accordingly, this CERTIFICATE of INCORPORATION is hereby issued to

THE BROTHERHOOD OF MEN, INC.

as of MARCH 31ST , 1995 .

Hampton Cross
Director

Katherine A. Williams
Acting Administrator
Business Regulation Administration

*William L. Ables Jr*
William L. Ables, Jr
Act. Asst.    Superintendent of Corporations
Corporations Division

Marion Barry, Jr.
Mayor

Exhibit 2

# ARTICLES OF INCORPORATION
of
## THE BROTHERHOOD OF MEN, INC.



FILED
MAR 31 1995
BY:

TO:   **THE DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
CORPORATIONS DIVISION
614 H STREET, NW   WASHINGTON, D.C.  20001**

We, the undersigned natural persons of the age of twenty-one (21) years or more, acting as incorporators of a corporation under the NON PROFIT CORPORATION ACT (D.C. Code, 1981 edition, Title 29, Chapter 5) adopt the following Articles of Incorporation:

### ARTICLE I

The name of the non-profit corporation is: <u>THE BROTHERHOOD OF MEN, INC.</u>

### ARTICLE II

The period of its duration is perpetual.

### ARTICLE III

The purpose(s) for which the non-profit corporation is organized are:

(a)  The Corporation is organized and shall be operated exclusively for charitable purposes, within the meaning of Section 501 (c) (3) of the Internal Revenue Code of 1986, as amended. The Corporation is not organized and shall not be operated for profit;

(b)  No substantial part of the Corporation's activities shall consist of attempting to influence legislation by propaganda or otherwise or participating directly or indirectly in, or intervening in, any political campaign on behalf of or in opposition to any candidate for public office (except as provided in Section 501 (h) of the Internal Revenue Code, or any successor section thereto);

(c)  The Corporation will conduct programs and provide services, benefits and assistance affecting the human health and welfare of young African American males and females in the community.  The Corporation will serve as a vehicle through which charitable contributions can be made to support its educational, job-banks, mentoring, and financial grants programs and services to the community.  The Corporation shall perform charitable and educational tasks as may be necessary and appropriate to support the foregoing activities;

i

(d) To apply for, obtain, purchase, or otherwise acquire any patents, copyrights, licenses, trademarks, trade names, rights, processes, formulas, and the like, which are or may seem capable of being used for any purposes of the corporation, and to use, exercise, develop, grant licenses and franchises in respect of, sell, and otherwise turn to account, the same;

(e) To carry out all or any part of the foregoing objects as principal, factor, agent, contractor, or otherwise, either alone or through or in conjunction with any person, firm, association, or corporation, and in carrying on its purposes and for the purpose of attaining or furthering any of its objectives and purposes, to make and perform any contracts and to do any acts and things, and to exercise any powers suitable, convenient or proper for the accomplishment of any of the objectives and purposes herein enumerated or incidental to the powers herein specified, or which at any time may appear conducive to or expedient for the accomplishment of any such objectives and purposes;

(f) To carry out all or any part of the aforesaid objectives and purposes, shall, except when otherwise expressed, be in no way limited or restricted by reference to or inference from the terms of any other clause of this or any other article of these articles of incorporation or any amendment thereto, and shall each be regarded as independent, and construed as powers as well as objects and purposes.

(g) The corporation shall be authorized to exercise and enjoy all of the powers, rights and privileges granted to or conferred upon non-profit corporations of similar character by the District of Columbia now hereinafter in force, and the enumeration of the foregoing powers shall not be deemed to exclude any powers, rights or privileges.

## ARTICLE IV

The Corporation shall have members as set forth in the organization's governing By-Laws. The members of the corporation are herein conferred the right to vote.

## ARTICLE V

The Corporation shall not be divided into classes. The qualifications for membership shall be seth forth in corporate bylaws as same shall be adopted by the Board of Directors.

## ARTICLE VI

The directors of the corporation shall be appointed in accordance with the terms specified in the organization's governing By-Laws.

ii

## ARTICLE VII

Upon dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government for a public purpose.

## ARTICLE VIII

The address, including street and number, of the initial registered office of the corporation is 3501 22nd Street, SE Washington, DC 20020 and the name of the initial registered agent at such address is Ms. Mary E. Beale.

## ARTICLE IX

The number of directors constituting the initial board of directors of the corporation is six and the names and addresses, including street and number, of the persons who are to serve as directors until the first annual meeting of the Board of Directors or until their successors are elected and shall qualify are:

| | NAME | ADDRESS |
|---|---|---|
| 1. | Mr. Duane McKinney | 266 Harry S. Truman Dr., Upper Marlboro, MD 20772 |
| 2. | Mr. Stephon J. Britton | 5624 Whitfield Chapel Rd #301, Lanham, MD 20706 |
| 3. | Mr. Mark Holmes | 266 Harry S. Truman Dr., Upper Marlboro, MD 20772 |
| 4. | Mr. Preston G. Holmes Jr. | 2326 Brightseat Rd. #5, Landover, MD 20785 |
| 5. | Mr. Phil Redman | 5624 Whitfield Chapel Rd, #301, Lanham, MD 20706 |
| 6. | Mr. Larry McKinney | 2326 Brightseat Rd. #5, Landover, MD 20785 |

iii

## ARTICLE X

The name and address, including street and number, of each incorporator is:

NAME | ADDRESS
---|---

1.  Mr. Duane McKinney — 266 Harry S. Truman Dr.
    Upper Marlboro, MD  20772

2.  Mr. Stephon J. Britton — 5624 Whitfield Rd.
    Lanham, MD  20706

3.  Mr. Mark J. Holmes — 2326 Brightseat Road #5
    Landover, MD 20785

Dated March 31, , 1995

Signatures of Incorporators: *Duane McKinney*

*Stephon Britton*

*Mark Holmes*

SWORN TO AND SUBSCRIBED BEFORE ME THIS 31 DAY OF March, 1995 THE ABOVE LISTED SIGNED THE FOREGOING DOCUMENTS AS INCORPORATORS AND HAVE AVERRED THAT THE STATEMENTS THEREIN CONTAINED ARE TRUE. MY COMMISSION EXPIRES: 9—1—97.

My Commission Expires September 1, 1997.

SEAL          Joe D. Liles Sr.                    *Joe D. Liles*          NOTARY PUBLIC

iv



**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION**
**CORPORATIONS DIVISION**
**941 NORTH CAPITOL STREET, N.E.**
**WASHINGTON, D.C. 20002**

Government
of the
District of Columbia

## WRITTEN CONSENT TO ACT AS REGISTERED AGENT

TO:
The Superintendent of Corporations
Department of Consumer and Regulatory Affairs
Business and Professional Licensing Administration,
Corporations Division
941 North Capitol Street, N.E.
Washington, D.C. 20002

**(A) BY A DISTRICT OF COLUMBIA RESIDENT**
PURSUANT TO D.C. CODE TITLE 29, and TITLE 41

I,  _Aminata TRAORE_

A Bona fide Resident of the District of Columbia Herein Consent to Act as a Registered
Agent For:

_ALEXDIA, LLC_

Name of Business
SIGNATURE OF REGISTERED AGENT

DATE: _08|05|04_

**(B) BY A LEGALLY AUTHORIZED CORPORATION**
THE CORPORATION HEREIN NAMED IS: _ALEXDIA, LLC_

An Authorized Corporate Registered Agent in the District of Columbia, per Signatures of
its President/Vice-President and Secretary/Assistant Secretary, Herein Consents to Act as
Registered Agent
For:  _ALEXDIA, LLC_

NAME OF COMPANY
SIGNATURE: _____ OF PRESIDENT OR VICE-
PRESIDENT
ATTEST: _____ OF SECRETARY OR ASSISTANT
SECRETARY
DATE: _06|05|04_

INTERNAL REVENUE SERVICE                          DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201

Date:  NOV 2 2 2002                    Employer Identification Number:
                                          52-1920613
                                       DLN:
                                          17053256002002
THE BROTHERHOOD OF MEN INC             Contact Person:
C/O MARY E BEALE                          CASSANDRA L KNOX           ID# 31469
3501 22ND ST S E                       Contact Telephone Number:
WASHINGTON, DC  20020                     (877) 829-5500
                                       Accounting Period Ending:
                                          December 31
                                       Foundation Status Classification:
                                          509(a)(1)
                                       Advance Ruling Period Begins:
                                          September 10, 2002
                                       Advance Ruling Period Ends:
                                          December 31, 2006
                                       Addendum Applies:
                                          No


Dear Applicant:

     Based on information you supplied, and assuming your operations will be as
stated in your application for recognition of exemption, we have determined you
are exempt from federal income tax under section 501(a) of the Internal Revenue
Code as an organization described in section 501(c)(3).

     Accordingly, during an advance ruling period you will be treated as a
publicly supported organization, and not as a private foundation. This advance
ruling period begins and ends on the dates shown above.

     Within 90 days after the end of your advance ruling period, you must
send us the information needed to determine whether you have met the require-
ments of the applicable support test during the advance ruling period. If you
establish that you have been a publicly supported organization, we will classi-
fy you as a section 509(a)(1) or 509(a)(2) organization as long as you continue
to meet the requirements of the applicable support test. If you do not meet
the public support requirements during the advance ruling period, we will
classify you as a private foundation for future periods. Also, if we classify
you as a private foundation, we will treat you as a private foundation from
your beginning date for purposes of section 507(d) and 4940.

     Grantors and contributors may rely on our determination that you are not a
private foundation until 90 days after the end of your advance ruling period.
If you send us the required information within the 90 days, grantors and
contributors may continue to rely on the advance determination until we make
a final determination of your foundation status.

     If we publish a notice in the Internal Revenue Bulletin stating that we
will no longer treat you as a publicly supported organization, grantors and
contributors may not rely on this determination after the date we publish the

                                                    Letter 1045 (DO/CG)

-2-

THE BROTHERHOOD OF MEN INC

notice.  In addition, if you lose your status as a publicly supported organi-
zation, and a grantor or contributor was responsible for, or was aware of, the
act or failure to act, that resulted in your loss of such status, that person
may not rely on this determination from the date of the act or failure to act.
Also, if a grantor or contributor learned that we had given notice that you
would be removed from classification as a publicly supported organization, then
that person may not rely on this determination as of the date he or she
acquired such knowledge.

If you change your sources of support, your purposes, character, or method
of operation, please let us know so we can consider the effect of the change on
your exempt status and foundation status.  If you amend your organizational
document or bylaws, please send us a copy of the amended document or bylaws.
Also, let us know all changes in your name or address.

As of January 1, 1984, you are liable for social security taxes under
the Federal Insurance Contributions Act on amounts of $100 or more you pay to
each of your employees during a calendar year.  You are not liable for the tax
imposed under the Federal Unemployment Tax Act (FUTA).

Organizations that are not private foundations are not subject to the pri-
vate foundation excise taxes under Chapter 42 of the Internal Revenue Code.
However, you are not automatically exempt from other federal excise taxes.  If
you have any questions about excise, employment, or other federal taxes, please
let us know.

Donors may deduct contributions to you as provided in section 170 of the
Internal Revenue Code.  Bequests, legacies, devises, transfers, or gifts to you
or for your use are deductible for Federal estate and gift tax purposes if they
meet the applicable provisions of sections 2055, 2106, and 2522 of the Code.

Donors may deduct contributions to you only to the extent that their
contributions are gifts, with no consideration received.  Ticket purchases and
similar payments in conjunction with fundraising events may not necessarily
qualify as deductible contributions, depending on the circumstances.  Revenue
Ruling 67-246, published in Cumulative Bulletin 1967-2, on page 104, gives
guidelines regarding when taxpayers may deduct payments for admission to, or
other participation in, fundraising activities for charity.

You are not required to file Form 990, Return of Organization Exempt From
Income Tax, if your gross receipts each year are normally $25,000 or less.  If
you receive a Form 990 package in the mail, simply attach the label provided,
check the box in the heading to indicate that your annual gross receipts are
normally $25,000 or less, and sign the return.  Because you will be treated as
a public charity for return filing purposes during your entire advance ruling
period, you should file Form 990 for each year in your advance ruling period
that you exceed the $25,000 filing threshold even if your sources of support
do not satisfy the public support test specified in the heading of this letter.

If a return is required, it must be filed by the 15th day of the fifth
month after the end of your annual accounting period.  A penalty of $20 a day

Letter 1045 (DO/CG)

-3-

THE BROTHERHOOD OF MEN INC

is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $10,000 or 5 percent of your gross receipts for the year, whichever is less. For organizations with gross receipts exceeding $1,000,000 in any year, the penalty is $100 per day per return, unless there is reasonable cause for the delay. The maximum penalty for an organization with gross receipts exceeding $1,000,000 shall not exceed $50,000. This penalty may also be charged if a return is not complete. So, please be sure your return is complete before you file it.

You are not required to file federal income tax returns unless you are subject to the tax on unrelated business income under section 511 of the Code. If you are subject to this tax, you must file an income tax return on Form 990-T, Exempt Organization Business Income Tax Return. In this letter we are not determining whether any of your present or proposed activities are unrelated trade or business as defined in section 513 of the Code.

You are required to make your annual information return, Form 990 or Form 990-EZ, available for public inspection for three years after the later of the due date of the return or the date the return is filed. You are also required to make available for public inspection your exemption application, any supporting documents, and your exemption letter. Copies of these documents are also required to be provided to any individual upon written or in person request without charge other than reasonable fees for copying and postage. You may fulfill this requirement by placing these documents on the Internet. Penalties may be imposed for failure to comply with these requirements. Additional information is available in Publication 557, Tax-Exempt Status for Your Organization, or you may call our toll free number shown above.

You need an employer identification number even if you have no employees. If an employer identification number was not entered on your application, we will assign a number to you and advise you of it. Please use that number on all returns you file and in all correspondence with the Internal Revenue Service.

You have agreed on your application for exemption under section 501(c)(3) of the Code that your exemption is effective September 10, 2002, the date your completed application was filed.

If we said in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Because this letter could help us resolve any questions about your exempt status and foundation status, you should keep it in your permanent records.

Letter 1045 (DO/CG)

-4-

THE BROTHERHOOD OF MEN INC


If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Sincerely yours,

Lois G. Lerner
Director, Exempt Organizations


Enclosure(s):
Form 872-C


Letter 1045 (DO/CG)

# Come One…Come All

## Donate your real estate and earn **extra cash $$$!**

Your donated real estate will be used for On-the-Job training for youth in the Washington Metropolitan Area. *Electrical, Plumbing, Landscaping, Excavation and Carpentry training will be given.*

## Don't Miss Out on This Great Opportunity!

Please contact Mr. Duane McKinney (202) 445-7887 for further information

**Bank of America.**      **Cashier's Check**     No.**0107325**

VOID AFTER 90 DAYS      30-1/1140   (NTX)

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date _____

Banking Center    FLORIDA AVENUE

3010023 00003   000107325      VIVIAN KWOK

Remitter (Purchased By)      **\*\*5000.00\*\***

**\*\*FIVE THOUSAND DOLLARS AND 00 CENTS\*\***      $

**Pay** _____

**To The Order Of**    **\*\*THE BROTHERHOOD OF MERCY\*\***     **Non-Negotiable**

\*\*\*\*

Authorized Signature

**Customer Copy**     00164001239

**Retain For Your Records**

Bank of America, N.A.
San Antonio, Texas

87-14-3774B 10-2002

---



DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUILDING AND LAND REGULATION ADMINISTRATION

Form BLRA-15
(Rev. 9/30/91)

**BUILDING PERMIT**      PERMIT NO. **B471087**

Date 3/30/06    (Type)   **ALTERATION AND REPAIR**    Lot **0011**   Square **5134**

4611 CLAY STREET N.E.      TOTAL PERMIT FEE    $

QUIYO. YAIN      FILING FEE    $

4611 CLAY ST. NE.

When stamped "PAID" by the D.C. Treasurer, this coupon will become your receipt and when presented to the Permit Clerk will entitle you to your permit.

NO.    DATE

FEE PAYABLE    $    **200.00**

REPLACE ELEC. FIXTURES, REPLACE WINDOWS, DOORS.
REPLACE ROOFING SHINGLES, HEAVY-UP, REPAIR REAR PORCH.
REPLACE SIDING ON THE HOUSE WITH SIDING
ELEC. REPLACEMENT ONLY

**THIS IS NOT A PERMIT**

R-2    WARD: 7

266 HARRY S. TRUMAN DR.

Deposit No.      Amount $

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

PATRICK CANAVAN ACTING DIRECTOR

DIRECTOR

THIS PERMIT AUTHORIZE CONSTRUCTION BETWEEN THE HOURS 7:00 AM - 7:00 PM
MONDAY - SATURDAYS. AFTER HOURS PERMIT ARE REQUIRED FOR TIME AFTER 7:00 PM



**RECEIPT**

DATE 4·23·05          No. 276917

FROM CHEN PING          $20,000⁰⁰

Twenty Thousand          /100 DOLLARS

FOR RENT Tax Reimbursement. 7th St NE

ACCT.          ○ CASH     FROM Ms. PING TO Mr. McKinney

PAID 20,000⁰⁰     ○ CHECK

DUE          ○ MONEY ORDER    BY ___

2501

**PRECISION**
Settlement & Escrow

Duane K. Young, Esq.
*President*

7343 Hanover Parkway, Suite C
Greenbelt, MD 20770
301-220-3140 (office) • 301-220-3141 (fax)
duane@pse-settles.com

---

## OFFICIAL CHECK

23-97 / 1020          002963706

**WACHOVIA**

Pay To The
Order Of

$

Dollars

**NON NEGOTIABLE**
Retain this copy. Serial No. required for any further inquiry.

**CUSTOMER COPY**

Remitter
Issued by Integrated Payment Systems Inc., Englewood, Colorado
Bank One, NA, Denver, Colorado

---



**Bank of America**          **Cashier's Check**          No. **1782947**

Notice to Purchaser: In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

VOID AFTER 90 DAYS          30-1/1140     (NTX)

Date ___

Banking
Center          WHEATON BANKING CENTER

5012458  06012   001782947          VIVIAN KWOK

Remitter (Purchased By)

**FORTY THOUSAND DOLLARS AND 00 CENTS**          **40000.00**

Pay
To
The          **THE BROTHERHOOD OF MEN INC.**          $
Order
Of

Authorized Signature          Non-Negotiable

Bank of America, N.A.
San Antonio, Texas          **Customer Copy**
Retain For Your Records          001641001015

★★★ GOVERNMENT
■■■ OF THE DISTRICT
■■■ OF COLUMBIA
Form BLRA-15
(Rev. 9/30/91)

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUILDING AND LAND REGULATION ADMINISTRATION**

**BUILDING PERMIT**

Store# 0001  D.C. GOVERNMENT

Reg# 3  04/22/05 **PERMIT NO.** B471791

Receipt# 163723  Amount $****130.00

EB22001215  BUILD CONSTRUCTURE & EQU  **0800**  5157

**Date** 4/22/05  **(Type)** MISC.

**Address of work** 1034 45TH ST N.E.

**Permission is hereby granted to**

DIANE MCKINNEYT.

who is authorized to perform the work described herein at the
address shown above in strict accordance with the conditions
stated on BOTH sides of this permit.

Authorized work and conditions of performance thereof:

**(Owner)**
**NO.**

| | |
|---|---|
| **TOTAL PERMIT FEE** | $ |
| **FILING FEE** | $ |
| **DATE** | |
| **FEE PAYABLE** | $ 130.00 |

**FOR INSPECTIONS CALL** ~~XXXXXXX~~ 442-4641

FONDATION ONLY.

THIS PERMIT AUTHORIZE CONSTRUCTION BETWEEN THE HRS. 7:00 AM — 7:00 PM
MONDAY — SATURDAYS. AFTER HOURS PERMIT ARE REQUIRED FOR TIME  AFTER 7:00 PM SUN

**Builder—**

**Width of Bldgs.**          **Length**          **Height**

**Zone** R2

**Height of terrace above grade**

**Address of owner**

**Deposit No.**          **Amount $**

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

**Value $**

**To be occupied as** SFD

**Projections:**

266 HARRY S TRUMAN DR

**No. of Stories** 3 + B

**No. of Bldgs.**

Chief, Permit Issuance Branch

By                Permit Clerk

PATRICK CANAVAN, ACTING DIRECTOR

**DIRECTOR**

Case 1:05-cv-01163-RBW    Document 12    Filed 04/21/2006

**Business Economy Chk - 7468**

close window

print window

**6 Months (12/11/2004 to 06/11/2005)**

**Posted Transactions**

| Posting Date ↓ | Transaction | Debit(-) |
|---|---|---|
| 06/10/2005 | Counter Debit | $4,200.00 |
| | Statement Period as of 06/01/2005 | |
| 05/31/2005 | Counter Debit | $40,850.00 |
| 05/27/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $100.00 |
| 05/27/2005 | Counter Debit | $20,000.00 |
| 05/09/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr MID ATLANTIC-CORAL HILLS #50 | $3,953.16 |
| | Statement Period as of 04/30/2005 | |
| 04/29/2005 | Monthly Maintenance Fee | $25.00 |
| | Statement Period as of 04/01/2005 | |
| 03/31/2005 | Monthly Maintenance Fee | $25.00 |
| 03/17/2005 | Counter Debit | $890.00 |
| 03/10/2005 | Counter Debit | $1,500.00 |
| | Statement Period as of 03/01/2005 | |
| 02/23/2005 | Counter Debit | $1,587.00 |
| 02/22/2005 | Counter Debit | $40.00 |
| 02/18/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr UPPER MARLBORO #50 | $1,000.00 |
| 02/18/2005 | Counter Debit | $31,555.67 |
| 02/16/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr SEAT PLEASANT #50 | $500.00 |
| 02/15/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $500.00 |
| 02/15/2005 | Counter Debit | $34,976.29 |
| 02/14/2005 | Counter Debit | $1,100.00 |
| 02/14/2005 | Counter Debit | $2,305.00 |
| 02/09/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr SEAT PLEASANT #50 | $1,400.00 |
| 02/08/2005 | Counter Debit | $2,407.80 |
| 02/08/2005 | Counter Debit | $31,555.67 |
| 02/07/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr MID ATLANTIC-CORAL HILLS #50 | $132.86 |
| 02/07/2005 | Counter Debit | $22,607.86 |
| 02/01/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr MID ATLANTIC-CORAL HILLS #50 | $1,000.00 |
| | Statement Period as of 02/01/2005 | |
| 01/31/2005 | Cash Deposit Processing | $22.60 |
| 01/26/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $400.00 |
| 01/24/2005 | Counter Debit | $1,000.00 |

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

**Transaction History**

## THE BROTHERHOOD OF MEN, INC.

**BUSINESS ECONOMY CHKG**

**001.922787468**

| | |
|---|---|
| Last Posting Date | 6/10/2005 |

### Since Last Statement Summary

| | | | |
|---|---|---|---|
| Last Statement Date | 5/31/2005 | | |
| Balance Last Statement | | $ | 372.02 |
| Deposits/Credits | # 1 | + | 4,200.00 |
| Withdrawals/Debits | # 1 | - | 4,200.00 |
| Current Balance | | $ | 372.02 |

| Date | Amount | Balance | Transaction |
|---|---|---|---|
| * 4/25/2005 | 20000.00 | 20013.18 | Counter Credit |
| * 4/25/2005 | 5200.00 | 25213.18 | Counter Credit |
| * 4/29/2005 | 87.00 | 25300.18 | Counter Credit |
| * 4/29/2005 | 25.00 | 25275.18 | Monthly Maintenance Fee |
| * 5/09/2005 | 40000.00 | 65275.18 | Counter Credit |
| * 5/09/2005 | 3953.16 | 61322.02 | MD TLR cash withdrawal |
| * 5/27/2005 | 20000.00 | 41322.02 | Counter Debit |
| * 5/27/2005 | 100.00 | 41222.02 | DC TLR cash withdrawal |
| * 5/31/2005 | 40850.00 | 372.02 | Counter Debit |
| 6/10/2005 | 4200.00 | 4572.02 | Counter Credit |
| 6/10/2005 | 4200.00 | 372.02 | Counter Debit |

**\*\*\* No More Activity For This Account \*\*\***

P = Items marked Pending have not yet been paid because they could cause your account to be overdrawn.
    If the Bank pays or returns this item, a service charge may result.
\* = Item(s) included in Previous Statement(s).

For additional information or service, please contact the Customer Service Center at 800-432-1000

**Business Economy Chk - 7468**

close window

print window

**Statement Ending 01/31/2005**

**Posted Transactions**

| Posting Date ↓ | Transaction | Debit(-) | Credit(+) | Balance |
|---|---|---|---|---|
| 01/31/2005 | Cash Deposit Processing | $22.60 | | $51,132.86 |
| 01/28/2005 | FORCE POST CREDIT FOR A CUSTOMER DEPOSIT ON | | $2,900.00 | $51,155.46 |
| 01/26/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $400.00 | | $48,255.46 |
| 01/24/2005 | Counter Debit | $1,000.00 | | $48,655.46 |
| 01/19/2005 | Counter Debit | $1,000.00 | | $49,655.46 |
| 01/18/2005 | Counter Debit | $6,000.00 | | $50,655.46 |
| 01/12/2005 | Counter Debit | $2,000.00 | | $56,655.46 |
| 01/11/2005 | Counter Debit | $400.00 | | $58,655.46 |
| 01/10/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr KETTERING BANKING CENTER #50 | $500.00 | | $59,055.46 |
| 01/07/2005 | Counter Debit | $500.00 | | $59,555.46 |
| 01/07/2005 | Counter Credit | | $52,000.00 | $60,055.46 |
| 01/06/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $1,000.00 | | $8,055.46 |
| 01/04/2005 | Counter Credit | | $3,000.00 | $9,055.46 |
| | Beginning Balance as of 01/01/2005 | | | $6,055.46 |

Please close window when you've finished printing. This page will timeout and close automatically in 10 minutes.

🔒 **Secure Area**

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠
©2005 Bank of America Corporation. All rights reserved.



| 01/19/2005 | Counter Debit | $1,000.00 |
| 01/18/2005 | Counter Debit | $6,000.00 |
| 01/12/2005 | Counter Debit | $2,000.00 |
| 01/11/2005 | Counter Debit | $400.00 |
| 01/10/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr KETTERING BANKING CENTER #50 | $500.00 |
| 01/07/2005 | Counter Debit | $500.00 |
| 01/06/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $1,000.00 |

Please close window when you've finished printing. This page will timeout and close automatically in 10 minutes.

🔒 Secure Area

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠
©2005 Bank of America Corporation. All rights reserved.





**Bank of America.**    **Cashier's Check**    No. **0107325**

VOID AFTER 90 DAYS

Date _____    10-1/1140    (NTX)

Banking Center    FLORIDA AVENUE

3018923  0000J  800101J75    VIVIAN IWOE

Remitter (Purchased By)    **5000.00**

Pay    **FIVE THOUSAND DOLLARS AND 00 CENTS**    $

To The Order Of    **THE BROTHERHOOD OF MEN**    Non-Negotiable

Authorized Signature

Bank of America, N.A.    Customer Copy.    00164001239
Spa Antonio, Texas    Retain For Your Records.

---

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUILDING AND LAND REGULATION ADMINISTRATION

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Form BLRA-15 (Rev. 9/30/81)

**BUILDING PERMIT**    PERMIT NO. **B471087**

Date 3/30/06    (Type)    **ALTERATION AND REPAIR**    Lot  **0011**    Square  **5134**

4611 CLAY STREET N.E.    TOTAL PERMIT FEE    $
QUIYO. TAUM    FILING FEE    $

4611 CLAY ST. NE.    NO.    DATE
When stamped "PAID" by the D.C. Treasurer, this
coupon will become your receipt and when presented    FEE PAYABLE   $    200.00
to the Permit Clerk will entitle you to your permit.

REPLACE ELEC. FIXTURES, REPLACE WINDOWS, DOORS.
REPLACE ROOFING SHINGLES, HEAVY-UP, REPAIR REAR PORCH
REPLACE SIDING    THIS IS NOT A PERMIT
ELEC. REPLACEMENT ONLY

R-2    WARD: 7

266 HARRY S. TRUMAN DR.

Deposit No.    Amount $
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS    Grade Permit 12's Bldg. Struct. & Equip.
                                                    KING

PATRICK CANAVAN ACTING DIRECTOR

THIS PERMIT AUTHORIZE CONSTRUCTION BETWEEN THE HRS. 7:00 AM - 7:00 PM
MONDAY - SATURDAYS. AFTER HOURS PERMITS ARE REQUIRED FOR TIME  AFTER 7:00 PM



RECEIPT

DATE 4-23-05          No. 276917

FROM CHEN PING        $20,000 ⁰⁰

Twenty Thousand         ⁷/₁₀₀ DOLLARS

FOR RENT Tax Reimbursement. 7th St NE

| ACCT. | | ○ CASH | FROM Ms. Ping TO Mr. McKinney |
| PAID | 20,000 | ○ CHECK | |
| DUE | | ○ MONEY ORDER | BY |

2501

◆ PRECISION
Settlement & Escrow

Duane K. Young, Esq.
President

7343 Hanover Parkway, Suite C
Greenbelt, MD 20770
301-220-3140 (office) • 301-220-3141 (fax)
duane@pse-settles.com

---

**OFFICIAL CHECK**

23-87
1020                002963706

WACHOVIA

Pay To The
Order Of

$

Dollars

NON NEGOTIABLE
Retain this copy. Serial No. required for any further inquiry.

CUSTOMER COPY

Remitter
Issued by Integrated Payment Systems Inc., Englewood, Colorado
Bank One, NA, Denver, Colorado

---

Bank of America        Cashier's Check        No. 1782947

VOID AFTER 90 DAYS                    36-1/1140    (NTX)

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn
statement and 90-day waiting period will be required prior to replacement. This
check should be negotiated within 90 days.

Date

WHEATON BANKING CENTER

Banking
Center

56S2450  00012  001782947      VIVIAN KWOK

Remitter (Purchased By)              **40000.00**

Pay  **FORTY THOUSAND DOLLARS AND 00 CENTS**

To
The
Order
Of    **THE BROTHERHOOD OF MEN INC.**
      ****

$

Non-Negotiable

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

Customer Copy
Retain For Your Records    001641001015

20-14-3/74B  10-2002

## A. Settlement Statement

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265

| B. Type of Loan | | |
|---|---|---|
| 1. ☐ FHA    2. ☐ FmHA    3. ☐ Conv. Unins.    4. ☐ VA·    6. ☐ Conv. Ins. | 6. File Number **04-0244** | 7. Loan Number | 8. Mortgage Insurance Case Number |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| 1812 7th Street, NW, LP<br>13311 Query Mill Road<br>Potomac, MD 20878 | The Brotherhood of Men, Inc.<br>3501 22nd Street, SE<br>Washington, DC 20020 | CASH TRANSACTION/NO LENDER INVOLVED |

| G. Property Location | H. Settlement Agent |  |
|---|---|---|
| 513 Florida Avenue, NE<br>Washington, DC 20002<br>Lot 44, Square 828<br>District of Columbia | Precision Settlement & Escrow, LLC<br><br>Place of Settlement<br>7343 Hanover Parkway,<br>Suite C<br>Greenbelt, Maryland 20770 | I. Settlement Date<br>06/07/04 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 174,500.00 | 401. Contract sales price | 174,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 3,359.25 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes           to | | 406. City/town taxes              to | |
| 107. County taxes               to | | 407. County taxes                  to | |
| 108. Assessments              to | | 408. Assessments                 to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 177,859.25 | 420. GROSS AMOUNT DUE TO SELLER | 174,500.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 82,327.73 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. ESCROW Final Water Reading | 1,000.00 |
| 207. | | 507. Supplemental Lien Escrow | 5,000.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    04/01  to  06/07 | 1,032.73 | 510. City/town taxes    04/01  to  06/07 | 1,032.73 |
| 211. County taxes              to | | 511. County taxes                  to | |
| 212. Assessments             to | | 512. Assessments                 to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 6,032.73 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 89,360.46 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 177,859.25 | 601. Gross amount due to seller (line 420) | 174,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | 6,032.73 | 602. Less reduction amount due to seller (line 520) | 89,360.46 |
| 303. CASH          FROM        BORROWER | 171,826.62 | 603. CASH             TO          SELLER | 105,139.54 |

RESPA, HB 4305.2 - REV. HUD1(3/86)

**Bank of America**
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

H
Page 1 of 2
Account Number: 0019 2278 7468
E0 P   0A Enclosures 0          45
Statement Period
04/01/05 through 04/30/05    0040131

02357 001 SCM999 I1    0

THE BROTHERHOOD OF MEN, INC.
266 HARRY S TRUMAN DR
LARGO MD 20774-2021

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Business Advantage Checking | 0019 2278 7468 | 3,489.04 | Average | 04-28 | |
| **Total Deposit Account Balance** | | | | | |
| | | | | | **$3,489.04** |

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 04/01/05 through 04/30/05 | | |
| Number of Deposits/Credits | 3 | Statement Beginning Balance | 13.18 |
| Number of Withdrawals/Debits | 1 | Amount of Deposits/Credits | 25,287.00 |
| Number of Deposited Items | 3 | Amount of Withdrawals/Debits | 25.00 |
| | | Statement Ending Balance | 25,275.18 |
| Number of Enclosures | 0 | | |
| Number of Days in Cycle | 30 | Average Ledger Balance | 5,058.98 |
| | | Service Charge | 25.00 |

### Deposits and Credits

| | | | |
|---|---|---|---|
| 04/25 | 20,000.00 | Counter Credit | 813003210915708 |
| 04/25 | 5,200.00 | Counter Credit | 813003310062454 |
| 04/29 | 87.00 | Counter Credit | 813003910202030 |

H
Page 2 of 2
Account Number: 0019 2278 7468
E0 P  0A Enclosures 0        45
Statement Period
04/01/05 through 04/30/05

THE BROTHERHOOD OF MEN, INC.

## Withdrawals and Debits

**Other Debits**

| Date | Amount | Description |
|------|--------|-------------|
| 04/29 | 25.00 | Monthly Maintenance Fee |

## Daily Ledger Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/01 | 13.18 | 04/25 | 25,213.18 | 04/29 | 25,275.18 |

### Message Center

*Effective June 1, 2005, if you use your Check Card or ATM Card to obtain cash from an ATM in a currency other than U.S. dollars, a Check Card Foreign Currency Conversion Adjustment factor equal to 1% of the U.S. dollar amount will be reported on your statement as a single charge for each converted transaction.*

*Please call the number on this statement with questions regarding this change. If you are traveling abroad this year, remember that you can access your funds with no ATM fee at over 14,000 international ATMs operateed by members of the Global ATM Alliance. For a list of participating banks, visit www.bankofamerica.com/locator.*

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

H
Page 1 of 2
Account Number: 0019 2278 7468
E0 P  0A Enclosures 0        45
Statement Period
05/01/05 through 05/31/05        0036769

01357 001 SCM999 I1     0

THE BROTHERHOOD OF MEN, INC.
266 HARRY S TRUMAN DR
LARGO MD 20774-2021

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Business Advantage Checking 0019 2278 7468 | | 48,263.26 | Average | 05-30 | |
| **Total Deposit Account Balance** | | | | | $48,263.26 |

Thank you for banking with us.  With the balances in your account, there is no monthly maintenance fee for your Business Advantage account this month.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.

Business Advantage Checking

### Account Summary Information

| | | |
|---|---|---|
| Statement Period      05/01/05 through  05/31/05 | | |
| Number of Deposits/Credits | 1 | Statement Beginning Balance      25,275.18 |
| Number of Withdrawals/Debits | 4 | Amount of Deposits/Credits      40,000.00 |
| Number of Deposited Items | 1 | Amount of Withdrawals/Debits      64,903.16 |
| | | Statement Ending Balance      372.02 |
| Number of Enclosures | 0 | |
| Number of Days in Cycle | 31 | Average Ledger Balance      47,459.93 |
| | | Service Charge      0.00 |

### Deposits and Credits

| | | | |
|---|---|---|---|
| 05/09 ✓ | 40,000.00 | Counter Credit | |
| | | | 813004210928998 |

H

THE BROTHERHOOD OF MEN, INC.

Page 2 of 2
Account Number: 0019 2278 7468
E0  P   0A Enclosures 0                45
Statement Period
05/01/05 through 05/31/05

## Withdrawals and Debits

**Other Debits**

| | | | |
|---|---|---|---|
| 05/09 | 3,953.16 | MD Tlr cash withdrawal from Chk 7468 | |
| | | Banking Ctr Mid Atlantic-Coral Hills #5012181 MD | 957505099908233 |
| 05/27 | 20,000.00 | Confirmation# 5644989503 | |
| 05/27 | 100.00 | Counter Debit | |
| | | DC Tlr cash withdrawal from Chk 7468 | 813003210354065 |
| | | Banking Ctr Florida Avenue        #3018023 DC | 957505279924215 |
| 05/31 | 40,850.00 | Confirmation# 7201752126 | |
| | | Counter Debit | |
| | | | 813003610756610 |

## Daily Ledger Balances

| | | | |
|---|---|---|---|
| 05/01 | 25,275.18 | 05/27 | 41,222.02 |
| 05/09 | 61,322.02 | 05/31 | 372.02 |

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

H
Page 1 of 3
Account Number: 0019 2278 7468
E0 P   0A Enclosures 0          45
Statement Period
02/01/05 through 02/28/05          0035038

01357 001 SCM999 I1      0

THE BROTHERHOOD OF MEN, INC.
266 HARRY S TRUMAN DR
LARGO MD 20774-2021

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| Deposit Accounts | | | | | |
| Business Advantage Checking | 0019 2278 7468 | 42,545.28 | Average | 02-27 | |
| Total Deposit Account Balance | | | | | $42,545.28 |

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 02/01/05 through 02/28/05 | | |
| Number of Deposits/Credits | 3 | Statement Beginning Balance | 51,132.86 |
| Number of Withdrawals/Debits | 15 | Amount of Deposits/Credits | 83,963.47 |
| Number of Deposited Items | 2 | Amount of Withdrawals/Debits | 132,668.15 |
| | | Statement Ending Balance | 2,428.18 |
| Number of Enclosures | 0 | | |
| Number of Days in Cycle | 28 | Average Ledger Balance | 41,932.81 |
| | | Service Charge | 0.00 |

H

Page 2 of 3
Account Number: 0019 2278 7468
E0 P  0A Enclosures 0
Statement Period
02/01/05 through 02/28/05                45

THE BROTHERHOOD OF MEN, INC.

## Deposits and Credits

| | | | |
|---|---|---|---|
| 02/04 | 50,000.00 | Counter Credit | |
| 02/07 | 2,407.80 | Counter Credit | 813003810283459 |
| 02/10 | 31,555.67 | Force Post Credit | 813003910373208 |
| | | For A Customer Deposit On | 945002109390230 |
| | | Posting Date Of 02/09/05 With | |
| | | Sequence #3710027295 | |
| | | Fdes Nmd 5012939 Nbksj64 Effective Date 02/09/05 | |

## Withdrawals and Debits

### Other Debits

| | | | |
|---|---|---|---|
| 02/01 | 1,000.00 | MD Tlr cash withdrawal from Chk 7468 | |
| | | Banking Ctr Mid Atlantic-Coral Hills #5012181 MD | 957502019941547 |
| | | Confirmation# 7272481988 | |
| 02/07 | 22,607.86 | Counter Debit | 813003910373214 |
| 02/07 | 132.86 | MD Tlr cash withdrawal from Chk 7468 | 957502079941175 |
| | | Banking Ctr Mid Atlantic-Coral Hills #5012181 MD | |
| | | Confirmation# 7794451912 | |
| 02/08 | 31,555.67 | Counter Debit | 813003610405216 |
| 02/08 | 2,407.80 | Counter Debit | 813003610405296 |
| 02/09 | 1,400.00 | MD Tlr cash withdrawal from Chk 7468 | 957502099925462 |
| | | Banking Ctr Seat Pleasant        #5012396 MD | |
| | | Confirmation# 7964175123 | |
| 02/14 | 2,305.00 | Counter Debit | 813003810327922 |
| 02/14 | 1,100.00 | Counter Debit | 813003910143877 |
| 02/15 | 34,976.29 | Counter Debit | 813003310524356 |
| 02/15 | 500.00 | DC Tlr cash withdrawal from Chk 7468 | 957502159925378 |
| | | Banking Ctr Florida Avenue       #3018023 DC | |
| | | Confirmation# 8481315845 | |
| 02/16 | 500.00 | MD Tlr cash withdrawal from Chk 7468 | 957502169987637 |
| | | Banking Ctr Seat Pleasant        #5012396 MD | |
| | | Confirmation# 8586647513 | |
| 02/18 | 31,555.67 | Counter Debit | 813003210436641 |
| 02/18 | 1,000.00 | MD Tlr cash withdrawal from Chk 7468 | 957502189948757 |
| | | Banking Ctr Upper Marlboro       #5012324 MD | |
| | | Confirmation# 8744514028 | |
| 02/22 | 40.00 | Counter Debit | 813004210988194 |
| 02/23 | 1,587.00 | Counter Debit | 813004110224282 |

## Daily Ledger Balances

| | | | | | |
|---|---|---|---|---|---|
| 02/01 | 50,132.86 | 02/08 | 45,836.47 | 02/14 | 72,587.14 |
| 02/04 | 100,132.86 | 02/09 | 44,436.47 | 02/15 | 37,110.85 |
| 02/07 | 79,799.94 | 02/10 | 75,992.14 | 02/16 | 36,610.85 |

THE BROTHERHOOD OF MEN, INC.

H
Page 3 of 3
Account Number: 0019 2278 7468
E0 P  0A Enclosures 0          45
Statement Period
02/01/05 through 02/28/05      0035040

## Daily Ledger Balances - Continued

| 02/18 | 4,055.18 | 02/22 | 4,015.18 | 02/23 | 2,428.18 |
|-------|----------|-------|----------|-------|----------|

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

H
Page 1 of 2
Account Number: 0019 2278 7468
E0 P 0A Enclosures 0      45
Statement Period
01/01/05 through 01/31/05    0034912

01357 001 SCM999 I1   4  0
THE BROTHERHOOD OF MEN, INC.
266 HARRY S TRUMAN DR
LARGO MD 20774-2021

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Business Advantage Checking | 0019 2278 7468 | 42,997.39 | Average | 01-30 | |
| **Total Deposit Account Balance** | | | | | **$42,997.39** |

Thank you for banking with us.  With the balances in your account, there is no monthly maintenance fee for your
Business Advantage account this month.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your
account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.

### Account Summary Information

Statement Period      01/01/05 through 01/31/05

| | | | |
|---|---|---|---|
| Number of Deposits/Credits | 3 | Statement Beginning Balance | 6,055.46 |
| Number of Withdrawals/Debits | 10 | Amount of Deposits/Credits | 57,900.00 |
| Number of Deposited Items | 1 | Amount of Withdrawals/Debits | 12,822.60 |
| | | Statement Ending Balance | 51,132.86 |
| Number of Enclosures | 0 | | |
| Number of Days in Cycle | 31 | Average Ledger Balance | 44,452.23 |
| | | Service Charge | 22.60 |

H

THE BROTHERHOOD OF MEN, INC.

Page 2 of 2
Account Number: 0019 2278 7468
E0  P   0A Enclosures 0
Statement Period
01/01/05 through 01/31/05

45

## Deposits and Credits

| | | | |
|---|---|---|---|
| 01/04 | 3,000.00 | Counter Credit | |
| 01/07 | 52,000.00 | Counter Credit | |
| 01/28 | 2,900.00 | Force Post Credit | 813003110075674 |
| | | For A Customer Deposit On | 813003910750690 |
| | | 3310579176 | 945001289390039 |
| | | Fdes Nmd 5012939 Nbkm398 | |

## Withdrawals and Debits

Other Debits

| | | | |
|---|---|---|---|
| 01/06 | 1,000.00 | DC Tlr cash withdrawal from Chk 7468 | |
| | | Banking Ctr Florida Avenue | |
| 01/07 | | Confirmation# 5023722616          #3018023 DC | 957501069915745 |
| 01/10 | 500.00 | Counter Debit | |
| | 500.00 | MD Tlr cash withdrawal from Chk 7468 | |
| | | Banking Ctr Kettering Banking Center #5012291 MD | 813003210706075 |
| 01/11 | | Confirmation# 5198201504 | 957501109904439 |
| 01/12 | 400.00 | Counter Debit | |
| 01/18 | 2,000.00 | Counter Debit | |
| 01/19 | 6,000.00 | Counter Debit | 813003210176588 |
| 01/24 | 1,000.00 | Counter Debit | 813003110451769 |
| 01/26 | 1,000.00 | Counter Debit | 813006300091189 |
| | 400.00 | DC Tlr cash withdrawal from Chk 7468 | 813003610758602 |
| | | Banking Ctr Florida Avenue | 813003710239600 |
| 01/31 | | Confirmation# 6758344344          #3018023 DC | 957501269934525 |
| | 22.60 | Cash Deposit Processing | |

## Daily Ledger Balances

| | | | | | |
|---|---|---|---|---|---|
| 01/01 | 6,055.46 | 01/11 | | 01/26 | |
| 01/04 | 9,055.46 | 01/12 | 58,655.46 | 01/28 | 48,255.46 |
| 01/06 | 8,055.46 | 01/18 | 56,655.46 | 01/31 | 51,155.46 |
| 01/07 | 59,555.46 | 01/19 | 50,655.46 | | 51,132.86 |
| 01/10 | 59,055.46 | 01/24 | 49,655.46 | | |
| | | | 48,655.46 | | |

 

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
### BUSINESS REGULATION ADMINISTRATION

**951114**



# C E R T I F I C A T E

THIS IS TO CERTIFY that all applicable provisions of the DISTRICT OF COLUMBIA NONPROFIT CORPORATION ACT have been complied with and accordingly, this CERTIFICATE of INCORPORATION is hereby issued to

## THE BROTHERHOOD OF MEN, INC.

as of MARCH 31ST , 1995 .

Hampton Cross
Director

Katherine A. Williams
Acting Administrator
Business Regulation Administration

_William L. Ables, Jr._

Act. Asst.     Superintendent of Corporations
Corporations Division

Marion Barry, Jr.
Mayor

# ARTICLES OF INCORPORATION
### of
### THE BROTHERHOOD OF MEN, INC.



**FILED**
**MAR 31 1995**

BY: _____

TO:   THE DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
CORPORATIONS DIVISION
614 H STREET, NW   WASHINGTON, D.C. 20001

We, the undersigned natural persons of the age of twenty-one (21) years or more, acting as incorporators of a corporation under the NON PROFIT CORPORATION ACT (D.C. Code, 1981 edition, Title 29, Chapter 5) adopt the following Articles of Incorporation:

### ARTICLE I

The name of the non-profit corporation is: THE BROTHERHOOD OF MEN, INC.

### ARTICLE II

The period of its duration is perpetual.

### ARTICLE III

The purpose(s) for which the non-profit corporation is organized are:

(a)   The Corporation is organized and shall be operated exclusively for charitable purposes, within the meaning of Section 501 (c) (3) of the Internal Revenue Code of 1986, as amended. The Corporation is not organized and shall not be operated for profit;

(b)   No substantial part of the Corporation's activities shall consist of attempting to influence legislation by propaganda or otherwise or participating directly or indirectly in, or intervening in, any political campaign on behalf of or in opposition to any candidate for public office (except as provided in Section 501 (h) of the Internal Revenue Code, or any successor section thereto);

(c)   The Corporation will conduct programs and provide services, benefits and assistance affecting the human health and welfare of young African American males and females in the community. The Corporation will serve as a vehicle through which charitable contributions can be made to support its educational, job-banks, mentoring, and financial grants programs and services to the community. The Corporation shall perform charitable and educational tasks as may be necessary and appropriate to support the foregoing activities;

i



(d)  To apply for, obtain, purchase, or otherwise acquire any patents, copyrights, licenses, trademarks, trade names, rights, processes, formulas, and the like, which are or may seem capable of being used for any purposes of the corporation, and to use, exercise, develop, grant licenses and franchises in respect of, sell, and otherwise turn to account, the same;

(e)  To carry out all or any part of the foregoing objects as principal, factor, agent, contractor, or otherwise, either alone or through or in conjunction with any person, firm, association, or corporation, and in carrying on its purposes and for the purpose of attaining or furthering any of its objectives and purposes, to make and perform any contracts and to do any acts and things, and to exercise any powers suitable, convenient or proper for the accomplishment of any of the objectives and purposes herein enumerated or incidental to the powers herein specified, or which at any time may appear conducive to or expedient for the accomplishment of any such objectives and purposes;

(f)  To carry out all or any part of the aforesaid objectives and purposes, shall, except when otherwise expressed, be in no way limited or restricted by reference to or inference from the terms of any other clause of this or any other article of these articles of incorporation or any amendment thereto, and shall each be regarded as independent, and construed as powers as well as objects and purposes.

(g) The corporation shall be authorized to exercise and enjoy all of the powers, rights and privileges granted to or conferred upon non-profit corporations of similar character by the District of Columbia now hereinafter in force, and the enumeration of the foregoing powers shall not be deemed to exclude any powers, rights or privileges.


ARTICLE IV

The Corporation shall have members as set forth in the organization's governing By-Laws. The members of the corporation are herein conferred the right to vote.

ARTICLE V

The Corporation shall not be divided into classes. The qualifications for membership shall be seth forth in corporate bylaws as same shall be adopted by the Board of Directors.

ARTICLE VI

The directors of the corporation shall be appointed in accordance with the terms specified in the organization's governing By-Laws.


ii

## ARTICLE VII

Upon dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government for a public purpose.

## ARTICLE VIII

The address, including street and number, of the initial registered office of the corporation is <u>3501 22nd Street, SE Washington, DC 20020</u> and the name of the initial registered agent at such address is Ms. Mary E. Beale.

## ARTICLE IX

The number of directors constituting the initial board of directors of the corporation is six and the names and addresses, including street and number, of the persons who are to serve as directors until the first annual meeting of the Board of Directors or until their successors are elected and shall qualify are:

| NAME | ADDRESS |
|---|---|
| 1. Mr. Duane McKinney | 266 Harry S. Truman Dr., Upper Marlboro, MD 20772 |
| 2. Mr. Stephon J. Britton | 5624 Whitfield Chapel Rd #301, Lanham, MD 20706 |
| 3. Mr. Mark Holmes | 266 Harry S. Truman Dr., Upper Marlboro, MD 20772 |
| 4. Mr. Preston G. Holmes Jr. | 2326 Brightseat Rd. #5, Landover, MD 20785 |
| 5. Mr. Phil Redman | 5624 Whitfield Chapel Rd, #301, Lanham, MD 20706 |
| 6. Mr. Larry McKinney | 2326 Brightseat Rd. #5, Landover, MD 20785 |

iii

## ARTICLE X

The name and address, including street and number, of each incorporator is:

| NAME | ADDRESS |
|------|---------|

1.  Mr. Duane McKinney

    266 Harry S. Truman Dr.
    Upper Marlboro, MD 20772

2   Mr. Stephon J. Britton

    5624 Whitfield Rd.
    Lanham, MD 20706

3.  Mr. Mark J. Holmes

    2326 Brightseat Road #5
    Landover, MD 20785


Dated March 31, 1995

Signatures of Incorporators:


SWORN TO AND SUBSCRIBED BEFORE ME THIS 31 DAY OF March, 1995 THE ABOVE LISTED SIGNED THE FOREGOING DOCUMENTS AS INCORPORATORS AND HAVE AVERRED THAT THE STATEMENTS THEREIN CONTAINED ARE TRUE. MY COMMISSION EXPIRES: 9-1-97.

My Commission Expires September 1, 1997.

SEAL      Joe D. Liles Sr.

               NOTARY PUBLIC

iv

| PRE-FILE NUMBERS | | ZONING DISTRICT | FILE NUMBER | PERMIT NUMBER | | |
|---|---|---|---|---|---|---|
| N.C.P.C. No: | O.G. No: | R-3 | | | | By: |
| H.P.A. No: | S.L. No: | Ward No: 7 | Receipt No: | Date: | | Receipt No: |

★★★ GOVERNMENT OF THE DISTRICT OF COLUMBIA

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
BUILDING AND LAND REGULATION ADMINISTRATION PERMIT SERVICE CENTER
Tel 202-442-4589  Fax 202-442-4862

BLRA-33 (Rev. 2/04)

**APPLICATION FOR CONSTRUCTION PERMITS ON PRIVATE PROPERTY**
(PRINT IN INK OR TYPE, DO NOT WRITE IN SHADED AREAS OR ON PAGE 4)

| CLEARANCE TO FILE By _____ Date _____ | ERASING, CROSSING OUT, WHITING OUT, OR OTHERWISE ALTERING ANY ENTERED INFORMATION WILL VOID THIS APPLICATION |
|---|---|

**(A) ALL APPLICANTS MUST COMPLETE ITEMS 1 THRU 27**

| 1 Address of Proposed Work: 3319 Clay Pl NE | Suite No. | 2. Lot 88 | 3. Square 5002 | 4. Application Date 03/31/05 |
|---|---|---|---|---|

| 5 Owner of Building or Property: Qiyao Yuan | 6 Address (include Zip Code) 1225 4th St NE DC 20002 | 7 Phone 202-412-3930 |
|---|---|---|

| 8 Agent for Owner (if applicable): Duane McKinney | 9. Address (include Zip Code) Same | 10. Phone 202-277-1705 |
|---|---|---|

**11. Type of Proposed Work** (check all applicable boxes)

☐ New Building  ☐ Retaining Wall  
☐ Addition  ☐ Fence  
☒ Alteration and Repair  ☐ Shed  
☐ Raze Building  ☐ Awning  

☐ Garage  ☐ Sign  ☐ Projection  ☐ Other (Specify) _____

"False statements or misrepresentation of facts on a permit application and/or plans is subject to criminal penalties pursuant to DC law 22-2405."

**12. Description of Proposed Work** Replace (5) Elec. fixtures, Replace windows, Doors. Replace Roofing shingles, Heavy-up, ~~replace carpet~~. Replace siding on the House - vinyl siding. Elec. Replacement only.

| 13 Existing Use(s) of Building or Property Residential SFD | 14 Ex. No of Stories of Bldg 2 | 15 Ex No of Dwelling Units 2 | Official Use Only Miscellaneous FEE $ |
|---|---|---|---|
| 16 Proposed Use(s) of Building or Property Residential SFD | 17 Prop No of Stories of Bldg 2 | 18 Prop. No of Dwelling Units 2 | By: | Date: |

| 19 Starting Date April 1, 05 | 20 Completion Date of work May 1, 05 | 21 Method of Removing Construction Debris ☒ Pick-up Truck  [ ] Dumpster  [ ] Other (specify) | 22 Does the proposed work involve disturbing the earth or razing a building? [ ] Yes, answer q. 23  ☒ No, SKIP q. 23-27 |
|---|---|---|---|

| 23. Is the area of disturbed earth more than 50 sq. ft? ☐ Yes, answer q. 24-25 ☐ No, SKIP q. 24-25 | 24. Soil Erosion Control Methods | 25. Area of Offsite Drainage ___ sq. ft | 26. No of Footings or Columns | 27 Size of Footings or Columns |
|---|---|---|---|---|

**ALWAYS SIGN THE APPLICATION ON PAGE 3 (SECTION I)**

Complete Section B if the proposed work is new building, addition or alteration. (Page 2)
Complete Section C if the proposed work is razing a building. (Page 2)
Complete Section D if the proposed work is a retaining wall. (Page 2)
Complete Section E if the proposed work is a fence. (Page 3)
Complete Section F if the proposed work is a shed/garage. (Page 3)
Complete Section G if the proposed work is an awning. (Page 3)
Complete Section H if the proposed work is a sign. (Page 3)

**OFFICIAL USE ONLY**

| | R | P | H | A |
|---|---|---|---|---|
| M | | | | |
| P | | | | |
| E | | | | W ☐ Yes ☐ No |
| F | | | | PLANS |
| S | | | | ☐ No ☐ Sm ☐ Lg |

1003

# Duane McKinney
## T/A
# McKinney Construction Company

266 Harry S. Truman Dr.
Largo, MD 20774

Tel:   (202) 277-1705
Fax:   (301) 583-7562

DC LIC# 53005258

DATE 05/10/05

## Home Improvement Contract

OPTIONAL: (You may include your fax and/or pager numbers)
*The following is a CONTRACT for materials and labor to be supplied by the Contractor at the request and order of the homeowner.*

HOMEOWNER'S NAME: Qiyo Yuan

ADDRESS: 4611 Clay Street
Washington                    D.C        20019        (      )
CITY                          STATE      ZIP CODE      PHONE #

CONSTRUCTION ADDRESS (If different): _____ Same _____
                                           CITY                    STATE        ZIP CODE

HOME PHONE: (202) 412-3930              ADDITIONAL #'s (      )

DESCRIPTION OF WORK TO BE PERFORMED:
12 Window Taken and Replaced properly. Installation of
2 Doors, Repair Back porch and Front.

Work to be started on or before MAY 30,           2005, and be substantially competed on or before June
31              2003.

OPTIONAL: *If there is insufficient space to describe the full scope of the work in the space above, an addendum to this agreement describing the complete scope of work must be put in writing and signed by both parties. The addendum is made part of this contract by this reference.*

### BUYER'S RIGHT TO CANCEL

If this agreement was solicited at or near your residence and you do not want the goods or services, you may cancel this agreement by mailing a notice to the seller. The notice must say that you do not want the goods or services and must be mailed before midnight of the third business day after you signed this contract. The notice must be mailed to: Duane McKinney T/A McKinney Construction Company. If you cancel, the seller may not keep any part of your cash down payment.       266 Harry S. Truman Dr.  Largo, MD 20774

Total Amount $ 45,000 00          Deposit $ 5,000 00          Balance $ 40,000 00

Balance of payment to be made as follows: _____

**DO NOT SIGN IN BLANK. HOMEOWNER IS ENTITLED TO COPY OF THE CONTRACT (INCLUDING ANY ADDENDA) AT THE TIME HE OR SHE SIGNS. REQUIRED IF ADDITIONAL TERMS ARE ON THE REVERSE SIDE: READ THE ADDITIONAL TERMS ON THE BACK BEFORE SIGNING.**

The foregoing terms, specifications and conditions are satisfactory and hereby agreed to. You are authorized to work as specified and payment will be made as outlined above. Upon signing this agreement, the homeowner represents and warrants that he or she is the owner or the authorized agent of the aforesaid premises and that he or she has read this agreement.

Salesperson's Name: Duane McKinney          License #: _____          Date: 05/10/05

Homeowner(s): _____                                              Date: _____

This contract may be withdrawn if not accepted by the Contractor within 15 days.

Contractor's Acceptance: _____                                   Date: 05/10/05

Homeowner's Acceptance: _____                                    Date: 05/10/05

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

# C E R T I F I C A T E

**THIS IS TO CERTIFY** that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the 31st day of **March , 1995** *Articles of Incorporation of:*

## THE BROTHERHOOD OF MEN, INC.

The above named corporation is duly incorporated and existing pursuant to and by virtue of the Nonprofit Corporation Act of the District of Columbia and authorized to **conduct its affairs** in the District of Columbia as of the date mentioned above.

**WE FURTHER CERTIFY**  that the above entitled corporation is at the time of issuance of this certificate in **Good Standing** , according to the records of the Corporations Division, having filed all reports required by the District of Columbia Nonprofit Corporation Act.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **14th** day of **June , 2005** .

Patrick J. Canavan, Psy. D.
Acting Director

John T. Drann
Administrator
Business and Professional Licensing Administration

Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

FROM :PICAS                          FAX NO. :3416974                Jul. 20 2005 04:01PM  P2

# Duane McKinney
## T/A
# McKinney Construction Company

266 Harry S. Truman Dr.
Largo, MD 20774

Tel:    (202) 277-1705
Fax:    (301) 583-7562

DC LIC# 53005258                                              DATE 05/10/05

## Home Improvement Contract

OPTIONAL: (You may include your fax and/or pager numbers)
The following is a CONTRACT for materials and labor to be supplied by the Contractor at the request and order of the homeowner.

HOMEOWNER'S NAME: Qiyo Yuan

ADDRESS: 4611 Clay Street

Washington                              D.C        20019        PHONE # (      )
CITY                                    STATE      ZIP CODE

CONSTRUCTION ADDRESS (if different): _____ Same

CITY                                         STATE          ZIP CODE

HOME PHONE: (202) 412-3930              ADDITIONAL #s (      )

DESCRIPTION OF WORK TO BE PERFORMED:
12. Window Taken and Replaced properly. Installation of
2 Doors, Repair Back porch and Front.

Work to be started on or before May 30, 2005, and be substantially competed on or before June
1, 2003.

OPTIONAL: If there is insufficient space to describe the full scope of the work in the space above, an addendum to this agreement describing the complete scope of work must be put in writing and signed by both parties. The addendum is made part of this contract by this reference.

### BUYER'S RIGHT TO CANCEL

If this agreement was solicited at or near your residence and you do not want the goods or services, you may cancel this agreement by mailing a notice to the seller. The notice must say that you do not want the goods or services and must be mailed before midnight of the third business day after you signed this contract. The notice must be mailed to: Duane McKinney T/A McKinney Construction Company. If you cancel, the seller may not keep any part of your cash down payment.        266 Harry S. Truman Dr.  Largo, MD 20774

Total Amount $ 45,000 00        Deposit $ 5,000 00        Balance $ 40,000 00

Balance of payment to be made as follows: _____

DO NOT SIGN IN BLANK. HOMEOWNER IS ENTITLED TO COPY OF THE CONTRACT (INCLUDING ANY ADDENDA) AT THE TIME HE OR SHE SIGNS. REQUIRED IF ADDITIONAL TERMS ARE ON THE REVERSE SIDE: READ THE ADDITIONAL TERMS ON THE BACK BEFORE SIGNING.

The foregoing terms, specifications and conditions are satisfactory and hereby agreed to. You are authorized to work as specified and payment will be made as outlined above. Upon signing this agreement, the homeowner represents and warrants that he or she is the owner or the authorized agent of the aforesaid premises and that he or she has read this agreement.

Salesperson's Name: Duane McKinney        License #: _____        Date: 05/10/05

Homeowner(s): _____        Date: _____

This contract may be withdrawn if not accepted by the Contractor within 15 days.

Contractor's Acceptance: _____        Date: 05/10/05

Homeowner's Acceptance: _____        Date: 05/10/05



**RECEIPT**

DATE May 19, 2005    No. 753614

RECEIVED FROM Qiyao Yuan    $40,000 00

Forty thousand — 00/100 DOLLARS

○ FOR RENT ⊙ FOR Real Estate Investing

| ACCOUNT | 45,000 00 | ○ CASH | FROM Ms. Yuan TO Mr. McKinney |
| PAYMENT | 40,000 00 | ⊙ CHECK | |
| BAL. DUE | ○ | ○ MONEY ORDER | BY |

1182

---

**RECEIPT**

DATE January 04, 2005    No. 753603

RECEIVED FROM Serita Curtis    $3,000 00

Three thousand — 00/100 DOLLARS

○ FOR RENT ⊙ FOR Plastering Walls

| ACCOUNT | 3,000 00 | ⊙ CASH | FROM Mrs Curtis TO Mr McKinney |
| PAYMENT | 3,000 00 | ○ CHECK | |
| BAL. DUE | ○ | ○ MONEY ORDER | BY Serita Curtis |

1182

---

**RECEIPT**

DATE January 10, 2005    No. 753601

RECEIVED FROM Qiyao Yuan    $52,000 00

Fifty two thousand — 00/100 DOLLARS

○ FOR RENT ⊙ FOR Assistance in 4611 Clay St NE

| ACCOUNT | 52,000 00 | ○ CASH | FROM Mr. Yuan TO Mr McKinney |
| PAYMENT | 52,000 00 | ⊙ CHECK | |
| BAL. DUE | ○ | ○ MONEY ORDER | BY |

1182

---

**RECEIPT**

DATE April 29, 2005    No. 753789

RECEIVED FROM Qiyao Yuan    $5,000 00

Five thousand — 00/100 DOLLARS

○ FOR RENT ⊙ FOR Repayment of loan

| ACCOUNT | 5,000 00 | ○ CASH | FROM Mr. Yuan TO Mr. McKinney |
| PAYMENT | 5,000 00 | ⊙ CHECK | |
| BAL. DUE | ○ | ○ MONEY ORDER | BY |

1182

**The Brotherhood Of Men Inc.**

**McKinney Construction Co.**

**Duane McKinney**
President / Founder

266 Harry S. Truman Dr.
Largo, MD 20774
**(202)445-7887**

*Since 1995*



★ ★ ★  Government of the District of Columbia
**Department of Consumer and Regulatory Affairs**

BUSINESS REPRESENTED
MCKINNEY CONSTRUCTION COMPANY
266 HARRY S TRUMAN DRIVE
LARGO MD 20774
LICENSEE NAME
**DUANE  MCKINNEY**

253   57994-53005258
DATE ISSUED: **12/18/2003**          Director

| PRE-FILE NUMBERS | | ZONING DISTRICT | FILE NUMBER | PERMIT NUMBER | |
|---|---|---|---|---|---|
| N.C.P.C. No: | O.G. No: | R-3 | | | By: |
| H.P.A. No: | S.L. No: | Ward No: 7 | Receipt No: | Date: | Receipt No: |

★★★ GOVERNMENT OF THE DISTRICT OF COLUMBIA

## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUILDING AND LAND REGULATION ADMINISTRATION PERMIT SERVICE CENTER
Tel 202-442-4589  Fax 202-442-4862

BLRA-13 (Rev. 2/04)

## APPLICATION FOR CONSTRUCTION PERMITS ON PRIVATE PROPERTY
(PRINT IN INK OR TYPE, DO NOT WRITE IN SHADED AREAS OR ON PAGE 4)

| CLEARANCE TO FILE | |
|---|---|
| By_____ Date_____ | ERASING, CROSSING OUT, WHITING OUT, OR OTHERWISE ALTERING ANY ENTERED INFORMATION WILL VOID THIS APPLICATION |

**(A) ALL APPLICANTS MUST COMPLETE ITEMS 1 THRU 27**

| 1 Address of Proposed Work: 3319 Clay Pl NE | | Suite No. | 2. Lot 88 | 3. Square 5002 | 4. Application Date 03/31/05 |
|---|---|---|---|---|---|
| 5 Owner of Building or Property QiYao Yuan | 6 Address (include Zip Code) 1225 4th St NE DC 20002 | | | | 7 Phone 202-412-3930 |
| | 9 Address (include Zip Code) | | | | 10. Phone 202-277-1705 |

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Form BLRA-15 (Rev. 9/3091)

AS

## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUILDING AND LAND REGULATION ADMINISTRATION

### BUILDING PERMIT

**P E R M I T**

Date 3/31/05    (Type) ALTERATION AND REPAIR
Address of work 3319 CLAY PL. NE.
Permission is hereby granted to

PERMIT NO. B471128

QIYAO YUAN
...to perform the work described herein at the address shown above in strict accordance with the conditions stated on BOTH sides of this permit.
Authorized work and conditions of performance thereof.

(Owner)

Lot 88    Square 5002
TOTAL PERMIT FEE    $
FILING FEE    $
DATE
FEE PAYABLE    $ 110.00
FOR INSPECTIONS CALL 727-7562

REPLACE (5) ELEC. FIXTURES, REPLACE WINDOWS, DOORS,
SHINGLES, HEAVY-UP., REPLACE SIDING ON THE HOUSE
ELEC. REPLACEMENT ONLY.

REPLACE ROOFING
VINYL SIDING.

Builder:
Width of Bldgs.    Length
Zone: R-3    WARD: 7    Height
Height of terrace above grade    To be occupied as
Address of owner    Projections
Deposit No.    Amount $

1225 4TH ST. NE. WDC.

No. of Stories 2
No. of Bldgs.

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

PATRICK CANAVAN    ACTING DIRECTOR
DIRECTOR

Chief, Permit Issuance Branch

Permit Clerk

| | of work | | [ ] Other (specify) |
|---|---|---|---|
| April 1, 05 | May 1, 05 | | |

| 23. Is the area of disturbed earth more than 50 sq. ft? ☐ Yes, answer q. 24-25 ☐ No, SKIP q. 24-25 | 24. Soil Erosion Control Methods | 25. Area of Offsite Drainage | 26. No of Footings or Columns | 27 Size of Footings or Columns |
|---|---|---|---|---|
| | | sq. ft | ☒ No, SKIP q. 23-27 | |

**ALWAYS SIGN THE APPLICATION ON PAGE 3 (SECTION I)**

Complete Section B if the proposed work is new building, addition or alteration. (Page 2)
Complete Section C if the proposed work is razing a building. (Page 2)
Complete Section D if the proposed work is a retaining wall. (Page 2)
Complete Section E if the proposed work is a fence. (Page 3)
Complete Section F if the proposed work is a shed/garage. (Page 3)
Complete Section G if the proposed work is an awning. (Page 3)
Complete Section H if the proposed work is a sign. (Page 3)

| OFFICIAL USE ONLY | | | | |
|---|---|---|---|---|
| | R | P | H | A |
| M | | | | |
| P | | | | |
| E | | | | |
| F | | | W ☐ Yes ☐ No | |
| S | | | PLANS ☐ No ☐ Sm ☐ Lg | |



**A. Settlement Statement**

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1.☐ FHA   2.☐ FmHA   3.☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number | |
| 4.☐ VA   5.☐ Conv. Ins. | 04-0244 | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| 1612 7th Street, NW, LP<br>13311 Query Mill Road<br>Potomac, MD 20878 | The Brotherhood of Men, Inc.<br>3501 22nd Street, SE<br>Washington, DC  20020 | CASH TRANSACTION/NO LENDER INVOLVED |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 513 Florida Avenue, NE<br>Washington, DC 20002<br>Lot 44, Square 828<br>District of Columbia | Precision Settlement & Escrow, LLC | |
| | Place of Settlement<br>7343 Hanover Parkway,<br>Suite C<br>Greenbelt, Maryland 20770 | I. Settlement Date<br>06/07/04 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 174,500.00 | 401. Contract sales price | 174,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 3,359.25 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 177,859.25 | 420. GROSS AMOUNT DUE TO SELLER | 174,500.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE SELLER | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 62,327.73 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. ESCROW Final Water Reading | 1,000.00 |
| 207. | | 507. Supplemental Lien Escrow | 5,000.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    04/01   to  06/07 | 1,032.73 | 510. City/town taxes    04/01   to  06/07 | 1,032.73 |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 6,032.73 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 69,360.46 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 177,859.25 | 601. Gross amount due to seller (line 420) | 174,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | 6,032.73 | 602. Less reduction amount due to seller (line 520) | 69,360.46 |
| 303. CASH          FROM      BORROWER | 171,826.52 | 603. CASH          TO      SELLER | 105,139.54 |

RESPA, HB 4305.2 - REV. HUD1(3/86)

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**SETTLEMENT STATEMENT**

| L. SETTLEMENT CHARGES: | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ = | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | P.O.C. | | |
| 801. Loan Origination Fee % | | | |
| 802. Loan Discount % | | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. Lender's Inspection Fee to | | | |
| 806. Tax Service Fee to | | | |
| 807. Flood Cert Fee to | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from to @$ /day | | | |
| 902. Mortgage Insurance Premium to | | | |
| 903. Hazard Insurance Premium yrs. to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance mo. @$ /mo. | | | |
| 1002. Mortgage Insurance mo. @$ /mo. | | | |
| 1003. City property taxes mo. @$ /mo. | | | |
| 1004. County property taxes mo. @$ /mo. | | | |
| 1005. Annual Assessments mo. @$ /mo. | | | |
| 1006. mo. @$ /mo. | | | |
| 1007. mo. @$ /mo. | | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee to Precision Settlement & Escrow, LLC | | 250.00 | 250.00 |
| 1102. Abstract or title search to Document Services | | 275.00 | |
| 1103. Title examination to Precision Settlement & Escrow, LLC | | 50.00 | 150.00 |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to Precision Settlement & Escrow, LLC | | | 100.00 |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to Precision Settlement & Escrow, LLC | | | 350.00 |
| (includes above item No: ) | | | |
| 1108. Title insurance to Chicago Title Insurance Company | | 831.25. | |
| (includes above item No: Standard Coverage ) | | | |
| 1109. Lender's coverage | | | |
| 1110. Owner's coverage 174,500.00 --- 831.25 | | | |
| 1111. Courier fees/Overnight mail Precision Settlement & Escrow, LLC | | | 35.00 |
| 1112. | | | |
| 1113. Certified Cheque Fee Precision Settlement & Escrow, LLC | | | 50.00 |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees Deed $ 33.50 ; Mortgage $ ; Releases $ | | 33.50 | |
| 1202. City/county/stamps Deed $ 1,919.50 ; Mortgage $ | | | 1,919.50 |
| 1203. State tax/stamps Deed $ ; Mortgage $ | | | |
| 1204. Recordation Tax | | 1,919.50 | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. Atty fees for Tax Sale Buyer Law Office of John J. Callahan, PLLC | | | 2,460.91 |
| 1304. Special Assessment DCRA Revenue Division | | | 1,990.34 |
| 1305. Special Assessment DCRA Revenue Division | | | 1,720.82 |
| 1306. Delinquent tax liens + pen. DC Treasurer/Public Space | | | 37,691.54 |
| 1307. Delinquent Water Charges DCWASA | | | 15,189.82 |
| 1308. Clean City Liens DC DMV Adjudication Services/Public Space | | | 420.00 |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | 3,359.25 | 62,327.73 |

1612 7th Street, NW; LP

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The Brotherhood of Man, Inc.

1612 7th Street, NW; LP by Richard Grofsky, General Partner          The Brotherhood of Man, Inc. by Duane McKinney, President

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Precision Settlement & Escrow, LLC                                  6-07-04
                                                                    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code section 1001 and Section 1010.

08-07-2004 at 4:49 PM                                    RESPA, HB 4305.2 - REV. HUD1(3/86)