UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Civil Action No. 05-2404 (RBW)** |
| **v.** : | |
| : | |
| **ONE HUNDRED AND FIFTY-NINE** : | |
| **THOUSAND AND FORTY ($159,040.00)** : | |
| **DOLLARS IN UNITED STATES** : | |
| **CURRENCY,** *ET AL.***,** : | |
| : | |
| **Defendants.** : | |
| : | |

## SCHEDULING ORDER

UPON CONSIDERATION OF the Parties' Joint Report to the Court pursuant to LCvR 16.3(d), the pleadings filed in the instant case, and following a brief scheduling conference on the \_\_\_\_ day of _____ 2006, it is, hereby,

ORDERED that:

A.  The parties shall exchange Initial Disclosures, pursuant to the requirements of Rule 26(a)(1), F. R. Civ. P, no later than **June 15, 2006**.

B.  The following limitations on discovery shall apply:

1.  The number of interrogatories shall be limited to \_\_\_\_\_ for each party and the number of requests for production of documents shall be limited to _____ for each party, subparts excluded;

2.  The number of depositions shall be limited to _____ for each party;

3.  The Parties shall exchange any expert witness information or file any stipulations with respect to expert testimony by the date of the pretrial conference;

4. Discovery shall be completed _____ days from the date of entry of this Scheduling Order by the Court.

C. Any motion dispositive of the claims or any of the allegations contained in the Complaint shall be filed within 60 days after the conclusion of discovery. The opposition to such motion shall be filed within 30 days of the filing of the dispositive motion, and replies shall be due 15 days after the filing of any opposition.

D. If claims remain after the Court's ruling on any dispositive motion, a pretrial conference will be scheduled _____. If no dispositive motion is filed, a pretrial conference will be scheduled to occur at the earliest possible date following the deadline for filing dispositive motions.

E. It is the Court's intention to set a trial date at the earliest possible date following the pretrial conference.

                                                REGGIE B. WALTON
United States District Judge

Send a copy of the signed Order to:

Judith A. Kidwell
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 4818
Washington, D.C. 20530


Mr. Duane McKinney
266 Harry S. Truman Drive
Largo, Maryland 20774