# UNITED STATES DISTRICT COURT
## for the District of Columbia

United States of America            Case No.: 05-2404 (RBW)

      Plaintiff,

v.

One Hundred Fifty-Nine Thousand
And Forty ($159,040.00)
Dollars in United States Currency, et al.
2002 BMW VIN No. WBAGN6352DR02119

## MOTION - (Pro-SE)

**MOTION OF:** Return of Siezed Property $159,040.00 and 2002 BMW

## POINTS AND AUTHORITIES

### The rules and procedures Pursant to 18 U.S.C. Section 983

Comes now, Duane McKinney in proper person and by being the and files this motion to return seized property $159,040.00 and 2002 BMW In the above described property contained in the style
of this case moves the Court for the return of same and in support there of States as follows:

    1. Said Duane McKinney is the lawful owner of the above-described motor vehicle, on which are no liens.

    2. The said Duane McKinney is not accused of any crime and in particular no crimes or class of crimes mentioned in the information and or notice of forfeiture filed by the District of Columbia herein that is or maybe associated in anyway with the United States currency or the motor vehicle seized as above-described.

**RECEIVED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. The information and notice set forth no more than the text of the forfeiture and contain no facts in support of the conclusion stated in the information and notice of forfeiture.

4. The currency and vehicle described is derived from and used in association with lawful bussiness activity as evidenced by the attached bank statements, construction contracts, construction permits, corporate documents and real estate settlement documents.

5. The said Duane McKinney has never been convicted of any criminal offense or activity of any type mentioned in the information or notice of forfeiture.

6. I Duane McKinney did make a earnest attempt for the government to return my property. I had a meeting with Assistant US Attorney Judith A. Kidwell and in our meeting I was unsuccessful in getting the government to return my property. Now I come before this respectfully asking that justice be served.

7. I pray that this Court grant my motion to return the siezed property which is rightfully due me.

WHEREFORE the premises considered, the said Duane McKinney moves the court for entry of an order directing that the above-described currency and motor vehicle be forwith returned to his possession and that the District of Columbia pay for any storage fees or propety damage to the motor vehicle above-described.

Duane McKinney
266 Harry S Truman Dr
Largo, MD 20774

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **MOTION TO RETURN SEIZED PROPERTY BY UNITED STATES OF AMERICA.** United States Attorney District of Columbia.

_____
Duane McKinney
266 Harry S Truman Drive
Largo, MD 20774