# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America
    Plaintiff,

Case No.: 05-2404 (RBW)

v.

One Hundred Fifty-Nine Thousand
And Forty ($159,040.00) and 2002 BMW
VIN No. WBAGN63452DR02119

## ORDER

**Under consideration of the motion to return property filed by Duane McKinney and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____ day of _____, 2006.**

**ORDERED:**

1. That the motion be, and it is hereby,

_____ GRANTED    _____ DENIED

2. That _____
_____
_____
_____
_____
_____
_____

**Copies to:**

_____
                    **JUDGE**