UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.  05-2404 (RBW) |
| ) | |
| **ONE HUNDRED FIFTY-NINE THOUSAND** ) | |
| **AND FORTY DOLLARS ($159,040.00) IN** ) | |
| **UNITED STATES CURRENCY, ET AL.** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon consideration of the Motions for Return of Seized Property, the Government's Opposition thereto, and the entire record herein, it is hereby,

ORDERED this _____ day of June that the Motions for Return of Seized Property are DENIED.

_____
REGGIE B. WALTON
United States District Judge

cc:    Judith A. Kidwell
       Assistant United States Attorney
       Asset Forfeiture Unit, Criminal Division
       555 4th Street, N.W. Room 4818
       Washington, D.C. 20530
       (202) 514-7250

       Duane McKinney
       266 Harry S. Truman Drive
       Largo, MD 20774