Judith A. Kidwell
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4818
Washington, D.C. 20530

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. Duane McKinney
    266 Harry S. Truman Drive
    Largo, Maryland 20774

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☒ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*     7000 0600 0021 6004 0202

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNCLAIMED

1st NOTICE
2nd NOTICE
RETURNED

1st NOTICE
2nd NOTICE
RETURNED

Mr. Duane McKinney
266 Harry S. Truman Drive

Doe Not
Live Here!

00/11/00

7000 0600 0021 6004 0202

CERTIFIED MAIL

Return Receipt Requested



US OFFICIAL MAIL
$300 Penalty
For Private Use

$05.120
Mailed From  20530
US POSTAGE

01H166010S0
09/26/2006
US

Hasler