PRAECIPE

# United States District Court
# for the District of Columbia

the __28th__ day of __September__ ~~19~~ 2006

__United States of America__
vs.
__One hundred Fifty-Nine thousand and Forty Dollars in United States Currency Etal__

Civil / Criminal
Action No. ~~C~~ 05-CV-2404 RBW

The Clerk of said Court will __Change Address of the Defendant (Duane McKinney). Old Address was 266 Harry S. Truman Dr Largo Md 20774__

_____
Date

_____
BAR IDENTIFICATION NO.

**RECEIVED**
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____D~~_____
Signature

__Duane McKinney__
Print Name

__1610 R St S.E #3__
Address

__Washington   D.C   20020__
City           State   Zip Code

__202-492-0550__
Phone Number

**CERTIFICATE OF SERVICE**

I Duane McKinney will serve the United States Attorney Office (Judith Kidwell) this Notice of change, By 555 4th St N.W Room 4818 Washington D.C. 20001 September 30, 2006.