UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Cival Action No.: 05-2404 RBW

District Court for
the District of Columbia
       Plaintiff,

v

TWENTY-ONE THOUSAND NINE HUNDRED FORTY Dollars
in US Currency,

_____

Duane McKinney
       Petitioners.

## VERIFIED ANSWER TO INFORMAITION AND NOTICE OF FORFEITURE AND MOTION FOR RETURN OF SEIZED PROPERTY

    Comes now, Duane McKinney in proper person and by being the
. and files this verfied answer to the information and Notice
of Forfeiture dated March 13, 2006, In the above described property contained in the style
of this case moves the Court for the return of same and in support there of States as follows:

    1. Said Duane McKinney is the lawful owener of the above-described U S CURRENCY.

    2. The said Duane McKinney is not accused of any crime and in particular no
crimes or class of crimes mentioned in the information and or notice of forfeiture filed by
the District of Columbia herein that is or maybe associated in anyway with the
United States currency as above-described.

    3. The information and notice set forth no more than the text of the forfeiture and
contain no facts in support of the conclusion stated in the information and notice of
forfeiture.

    4. The currency and vehicle described is derived from and used in association
with lawful bussiness activity as evidenced by the attached bank statements, construction
contracts, construction permits, corporate documents and real estate settlement documents.

RECEIVED
OCT 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. The said Duane McKinney has never been convicted of any criminal offense or activity of any type mentioned in the information or notice of forfeiture.

WHEREFORE the premises considered, the said
Duane McKinney moves the court for entry of an order directing that the above-described currency and be forwith returned to his possession.

*[signature: Duane McKinney]*

Duane McKinney
1610 R st S.E #3
Washington D.C 20020
202-492-0550

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **VERIFIED ANSWER TO INFORMATION AND NOTICE OF FOREIFETURE AND MOTION FOR RETURN OF SEIZED PROPERTY** was mailed to William R. Cowden, Assistant United States Attorney 555 4th Street, NW Washington, DC 20530 on this ___11th___ day of ___October___ 2006.

_____
Duane McKinney,