UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>                 Plaintiff,                         )<br>                                                             )<br>          v.                                              )<br>                                                             )<br>ONE HUNDRED FIFTY-NINE THOUSAND )<br>AND FORTY DOLLARS ($159,040.00) IN )<br>UNITED STATES CURRENCY,          )<br>                                                             )<br>          and                                           )<br>                                                             )<br>ONE 2002 BMW 745 LI SEDAN,        )<br>VIN: WBAGN63452DR02119           )<br>                                                             )<br>                 Defendants.                      )<br>_____ ) | Civil Action No.  05-2404 (RBW)<br>ECF |

## **PRAECIPE**

Please enter the appearance of Diane G. Lucas as counsel for Plaintiff United States in this action and withdraw Judith A. Kidwell.

                                           Respectfully submitted,

                                          /s/
                                      DIANE G. LUCAS, D.C. Bar #443610
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 4th Street, N.W.
                                      Washington, DC 20530
                                      (202) 514-7912

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Praecipe filed via **ECF** was sent by U.S. Postal Service, certified mail, to Mr. Duane McKinney, *Pro se,* 1610 R Street SE, #3, Washington, DC 20020 and his criminal defense attorney, Howard B. Katzoff, Esq., 717 D Street, N.W. Suite 310, Washington, D.C. 20004 on this 16th day of July, 2007.


      /s/
      DIANE G. LUCAS
      Assistant United States Attorney