UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**ONE HUNDRED FIFTY-NINE THOUSAND** )<br>**AND FORTY DOLLARS ($159,040.00) IN** )<br>**UNITED STATES CURRENCY,** )<br>)<br>    **and** )<br>)<br>**ONE 2002 BMW 745 LI SEDAN,** )<br>**VIN: WBAGN63452DR02119,** )<br>)<br>    **Defendants.** )<br>_____) | Civil Action No. 05-2404 (RBW) |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court file as part of the record in the above-captioned case the attached Exhibits A, B and C inadvertently omitted from Document No. 20, Motion to Strike Answer and for Entry of a Default Judgment and Judgment of Forfeiture, filed on July 16, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:   /s/
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room 4822
Washington, DC 20530
(202) 514-7912