| | |
|---|---|
| ■ The Return Receipt will show to whom the article was delivered and the date delivered. | Consult postmaster for fee. |
| 3. Article Addressed to:<br>Duane McKinney<br>266 Harry S. Truman Drive<br>████████████ | 4a. Article Number<br>7099 3400 0014 4338 2227 |
| | 4b. Service Type<br>☐ Registered       ☑ Certified<br>☐ Express Mail     ☐ Insured<br>☑ Return Receipt for Merchandise  ☐ COD |
| | 7. Date of Delivery |
| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)*<br>X | |

PS Form **3811**, December 1994 — Domestic Return Receipt

United States Attorney<br>
...rney's Office<br>
...rfeiture Unit, Criminal Division<br>
...th Street, N.W., Room 4824<br>
...ton, D.C. 20530

Return Receipt Requested

7099 3400 0014 4338 2227

Duane McKinney<br>
266 Harry S. Truman Drive

REFUSED

FROM:<br>
CARR: USPS<br>
TRK#: 70993400001443382227<br>
RCVD: 2/6/2006<br>
TO: US ATTY DC<br>
PH:<br>
BDG: JCB    FLR:<br>
RM: 5840<br>
PCS: 1

RTE:<br>
MSC: US ATTY DC

**Exhibit A**

*United States v. One Hundred Fifty-Nine Thousand and Forty Dollars ($159,040.00) in United States Currency, et al.*<br>
Cv. Action No. 05-2404 (RBW)



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7099 3400 0014 4338 2227**
Status: **Refused**

Your item was refused by the addressee at 2:16 pm on January 25, 2006 in UPPER MARLBORO, MD 20774 and is being returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

Exhibit A

*United States v. One Hundred Fifty-Nine Thousand and Forty Dollars ($159,040.00) in United States Currency, et al.*
Cv. Action No. 05-2404 (RBW)