

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7099 3400 0014 4338 2296**
Status: **Delivered**

Your item was delivered at 2:21 pm on January 17, 2006 in WASHINGTON, DC 20006.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

The Tax Law Firm of Charles A. Ray, Jr.
1625 K Street, N.W., Suite 400
Washington, D.C. 20006

4a. Article Number
7099 3400 0014 4338 2296

4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☑ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
1/17/06

8. Addressee's Address (Only if requested and fee is paid)

5. Received By: (Print Name)
D. Colson

6. Signature: (Addressee or Agent)
X  D. Colson

PS Form **3811**, December 1994       Domestic Return Receipt

**Exhibit B**

*United States v. One Hundred Fifty-Nine
Thousand and Forty Dollars ($159,040.00) in
United States Currency, et al.*
Cv. Action No. 05-2404 (RBW)

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do      1/23/2006