# AFFIDAVIT OF PUBLICATION

## AD #10110255

District of Columbia, ss,
Personally appeared before me, FAITH H. ALLBRITTON,
a Notary Public in and for the District of Columbia

CARL S. JOHNSON, who being duly sworn according to law, on oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, LLC, publisher of

## The Washington Times

Circulated daily, in the City of Washington, District of Columbia, and that the advertisement, of which the annexed is a true copy was published in said newspaper __1__ times(s) on the following dates:

2006 FEBRUARY 2

at the rate of $ DISPLAY per line.

Total Cost $ 320.10 Dollars

*[signature: Carl S. Johnson]*

Subscribed and sworn to before me

FEBRUARY 2, 2006

Notary Public *[signature: Faith H. Allbritton]*

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires_____

---

**NOTICE**

NOTICE IS HEREBY GIVEN that by virtue of Warrants for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled **United States v. One Hundred Fifty-Nine Thousand and Forty Dollars ($159,040.00) In United States Currency and One 2002 BMW 745 LI Sedan, VIN: WBAGN63452DR02119**, Department of the Treasury law enforcement agents arrested on December 20, 2005, $159,040.00 in U.S. currency and one 2002 BMW 745 Li Sedan, VIN: WBAGN63452DR02119, property described above under Civil Action No. 05-2404-RBW and filed on December 15, 2005, with the Clerk of the Court for the District of Columbia for violations of 18 U.S.C. § 981 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. William R. Cowden, Assistant United States Attorney, 555 Fourth Street, N.W., Washington, D.C., 20530.

February 2nd, 2006
AD#10110255

---

Exhibit C

*United States v. One Hundred Fifty-Nine Thousand and Forty Dollars ($159,040.00) in United States Currency, et al.*
Cv. Action No. 05-2404 (RBW)

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia,

**Caleb Hannabury**

who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper __1__ times on the following dates:

__Feb 2 2006__

_____

_____

_Caleb Hannabury_ (signature)
Agent

Costs $ __70.72__

Subscribed to and sworn before me this

__2__ day, __Feb__, 2006

_Donald J. Nichols_ (signature)
Donald J. Nichols
Notary Public, District of Columbia
My Commission expires 12/14/2009

Seal

Copy of Notice

NOTICE

NOTICE IS HEREBY GIVEN that by virtue of Warrants for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States v. One Hundred Fifty-Nine Thousand and Forty Dollars ($159,040.00) in United States Currency and One 2002 BMW 745 LI Sedan, VIN: WBAGN63452DR02119, Department of the Treasury law enforcement agents arrested on December 20, 2005, $159,040.00 in U.S. currency and one 2002 BMW 745 Li Sedan, VIN: WBAGN63452DR02119, property described above under Civil Action No. 05-2404-RBW and filed on December 15, 2005, with the Clerk of the Court for the District of Columbia for violations of 18 U.S.C. § 981 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. William R. Cowden, Assistant United States Attorney, 555 Fourth Street, N.W., Washington, D.C., 20530. Feb. 2, 2006.

**Exhibit C**

*United States v. One Hundred Fifty-Nine Thousand and Forty Dollars ($159,040.00) in United States Currency, et al.*
Cv. Action No. 05-2404 (RBW)