RECEIVED
AUG - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
                Plaintiff.

v.              Ca No:05-2405
                         (RBW)

ONE HUNDRED FIFTY-NINE THOUSAND
AND FORTY DOLLARS($159,040.00) IN
UNITED STATES CURRENCY,

AND

ONE 2002 BMW 745LI SEDAN,
VIN:WBAGN634552DR02119
                Defendants.

## OPPOSITION MOTION FOR ENTRY OF A DEFAULT JUDGMENT AND JUDGMENT OF FORTFEITURE.

    COMES NOW,DUANE MCKINNEY, IN PROPER PERSON BY THE WAY OF PRO SE.FILES THIS OPPOSITION MOTION FOR ENTRY OF A DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE,REGARDING THE ABOVE-DESCRIBED PROPERTY CONTAINED IN THE STYLE OF THIS CASE AND MOVES THE COURT FOR THE DISMISSAL OF SUCH MOTION PRESENTED BY THE GOVERNMENT.IN SUPPORT THEREOF STATES AS FOLLOWS:

1. SAID DUANE MCKINNEY IS THE LAWFUL OWNER OF THE BMW VIN:WBAGN63452DR02119. BY TITLE AND BY THE GOVERNMENT OWN ADMISSION.

2. THE GOVERNMENT HAS A RIGHT TO SERVE ME WITH FORFEITURE DOCUMENTS. WHICH NEVER WAS DONE UNTIL (9) MONTHS LATER.

3. THE $159,040,00 WAS ORIGINALLY $159,040,00 PLUS $109.00.SOME MONEY IS MISSING.I DUANE MCKINNEY HAVE BEEN GRANTED ALL RIGHTS TO THESE FUNDS BY THE BROTHERHOOD OF MEN INC.ON JUNE 12,2005.

4. I HAVE FILED ALL THE PROPER PAPER WORK IN A TIMELY MANNER.THE GOVERNMENT IS NOT HOLDING TRUE TO THEIR WORDS.I WAS TOLD THAT THE FUNDS AND THE VEHICLE WILL BE USED AS EVIDENCE AND EVERYTHING WILL BE PLACED ON A STAY.I HAVE ABIDED BY ALL THE RULES OF THE COURT.

5. ALSO YOU HONOURABLE JUDGE REGGIE B WALTON STATED IN YOUR ORDER THAT THESE THING MUST BE AVAILABLE FOR TRIAL.YES YOU DID DENIED MY MOTION FOR RETURN OF SEIZED PROPERTY,BUT YOU DIDN'T TAKE MY RIGHTS OF OWNERSHIP. THIS CASE IS IN MY CRIMINAL INDICTMENT CAN YOU SEPARATE THEM.I HOPE NOT,FOR THERE IS A LAW THAT PROTECT ME IN THIS FASHION THE GOVERNMENT IS PRESENTING.I WAS TTOLD BY AGENT RONALD WILLIAMS THAT (YOU MAY BEAT A CRIMINAL CONVICTION BUT WE WILL TAKE EVERYTHING YOU OWN).I PRAY UNTO THIS COURT THAT THERE IS LAWS THAT PROTECT ME.IF I AM A CRIMINAL LET THE LAW THAT MY MOTHER BELIEVE IN AND I DO TOO.I RESPECTFULLY REQUEST JUSTICE THAT'S ALL I ASK OF THIS COURT.I HOPE IT IS SOONER THAN LATER.

6. I DUANE MCKINNEY DID FILE MY VERFIED ANSWER WITHIN 30 DAYS. I FILED 7DAYS AFTER I WAS PROPERLY SERVED.
7. THE INFORMATION AND NOTICE SET FORTH NO MORE THAN THE TEXT OF THE FORFEITURE STATUE AND CONTAIN NO FACTS IN SUPPORT OF THE CONCLUSION STATEED IN THE INFORMATION AND NOTICE OF FORFEITURE.
8. THE CURRENCY AND VEHICLE DESCRIBED IS DERIVED FROM AND USED IN ASSOCIATION WITH LAWFUL BUSINESS ACTIVITY.
9. THE SAID DUANE MCKINNEY HAS NEVER BEEN CONVICTED OF ANY CRIMINAL OFFENSE OR ACTIVITY OF THE TYOE MENTIONED IN THE INFORMATION AND MOTION TO STRIKE ANSWER AND FOR ENTRY OF A DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE.

WHEREFORE THE PREMISES CONSIDERED, THE SAID DUANE MCKINNEY MOVES THE COURT FOR THE ENTRY OF AN ORDER DIRECTING THAT THE ABOVE DESCRIBED CURRENCY AND MOTOR VEHICLE BE FORTHWITH RETURNED TO HIS POSSESSION AND THAT THE MOTION TO STRIKE ANSWER AND FOR ENTRY OF A DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE BE DISMISS.

_____
DUANE MCKINNEY

SUBSCRIBED AND SWORN TO BEFORE ME THIS_____ DAY OF_____ 2007 IN MY JURISDICTION AFORESAID BY DUANE MCKINNEY.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRE:

DUANE MCKINNEY 1035 10TH STREET N.E UNIT 1
WASHINGTON DC, 20002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING OPPOSITION MOTION FOR ENTRY OF A DEFAULT AND JUDGMENT OF FORFEITURE. WAS MAILED TO DIANE G. LUCAS,D.C ASSISTANT UNITED STATES ATTORNEY 555 4TH WASHINGTON DC 20530.THIS __DAY OF August , 2007.

_____
DUANE MCKINNEY



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 20, 2006

Mr. Duane McKinney
1610 R Street, S.E.
Apartment #3
Washington, D.C. 20020

                Re: Documents pertaining to Civil Proceedings

Dear Mr. McKinney:

      Enclosed with this letter are copies of court filings that were sent to you at your last known address, through the United States Postal Service, by certified mail. However, those documents, sent to your previous address, were returned to this office by the Postal Service as "unclaimed" or "refused."

      Copies of those documents, for your information, include the following:

      1) Verified Complaint for Forfeiture *In Rem*, Summons and Warrant of Arrest *in Rem* in *United States v. One Hundred Fifty-Nine Thousand and Forty Dollars ($159,040.00) in United States Currency*, and One 2002 BMW 745 LI Sedan, VIN: WBAGN63452DR02119, Civil Action No. 05-2404 (RBW);

      2) Verified Complaint for Forfeiture *In Rem*, Summons and Warrant of Arrest *in Rem* in *United States v. Twenty-One Thousand Nine Hundred Forty Dollars ($21,940.00) in United States Currency*, Civil Action No. 06-1146 (RBW); and

      3) Motion to Dismiss Plaintiff's Complaint in *Duane McKinney v. United States Internal Revenue*, Civil Action No. 06-00553 (RBW).

If you have any questions, please contact Assistant United States Attorney Judith A. Kidwell at (202) 514-7250.

Sincerely,

*Gail Price*

Gail Price, Paralegal Specialist
Criminal Division, Asset Forfeiture Unit

Enclosures