**RECEIVED**
**AUG 2 4 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
      Plaintiff.
 v.        Ca No:05-2404
         (RBW)

ONE HUNDRED FIFTY-NINE THOUSAND
AND FORTY DOLLARS($159,040.00) IN
UNITED STATES CURRENCY,

AND

ONE 2002 BMW 745LI SEDAN,
VIN:WBAGN634552DR02119
      Defendants.

## MOTION FOR RETURN OF ILLEGALLY SEIZED CAR AND U.S CURRENCY.

COMES NOW,DUANE MCKINNEY, IN PROPER PERSON

BY THE WAY OF PRO SE.FILES THIS MOTION FOR RETURN OF

ILLEGALLY SEIZED CAR AND U.S. CURRENCY.

REGARDING THE ABOVE-DESCRIBED PROPERTY CONTAINED

IN THE STYLE OF THIS CASE AND

MOVES THE COURT FOR RETURN OF $159,040,00 U.S. CURRENCY AND 2002 BMW 745LI SEDAN. PRESENTED BY THE GOVERNMENT.IN SUPPORT THEREOF STATES AS FOLLOWS:

1. SAID DUANE MCKINNEY IS THE LAWFUL OWNER OF THE BMW VIN:WBAGN63452DR02119. BY TITLE AND BY THE GOVERNMENT OWN ADMISSION.

2. THE GOVERNMENT HAS A RIGHT TO SERVE ME WITH FORFEITURE DOCUMENTS. WHICH NEVER WAS DONE UNTIL (9) MONTHS LATER.

3. THE $159,040,00 WAS ORIGINALLY $159,040,00 PLUS $109.00.SOME MONEY IS MISSING.I DUANE MCKINNEY HAVE BEEN GRANTED ALL RIGHTS TO THESE FUNDS BY THE BROTHERHOOD OF MEN INC.ON JUNE 12,2005.

4. I DUANE MCKINNEY WAS ON THE SIDE OF THE ROAD ON JUNE 10,2005.BECAUSE I THOUGHT I WAS LOSING AIR IN MY CAR (745LI BMW).AFTER I CHECKED ALL OF MY TIRES I BEGIN TO ENTER MY CAR.I SEEN SIREN LIGHTS.A OFFICER EXIT HIS CAR AND ASK FOR MY LICENSE AND REGISTRATION.I SAID WHY HE SAID (JUST GIVE ME YOUR

STUFF).I GAVE HIM MY LICENSE AND REGISTRATION. HE SAID HE WILL CALL IT IN THEN I CAN GO.HE THEN GOT OUT OF HIS CAR 10 MINUTES LATER AND SAID YOU HAVE A WARRANT ON YOU I MUST TAKE YOU IN.

    5. ARTICLE (4) THE RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS,HOUSES AND EFFECTS,AGAINST UNREASONABLE SEARCHES AND SEIZURES,SHALL NOT BE VIOLATED AND NO WARRANT SHALL ISSUE,BUT UPON PROBLE CAUSE, SUPPORTED BY OATH OR AFFIRMATION,AND PARTICULARLY DESCRIBING THE PLACE TO BE SEARCHED,AND THE PERSONS OR THINGS TO BE SEIZED.

6.THIS FOURTH AMENDMENT HAS CLEARLY BEEN VIOLATED.THE SIGN ON THE ROAD STATES CLEARLY (EMERGENCY STOPPING ONLY) EXHIBIT 1. SHOWS THE SIGN.THE OFFICER HAD NO RIGHT TO REQUEST ANYTHING BESIDES CAN HE HELP.FOR THERE WAS A EMERGENCY MY CAR TIRE WAS LOW.

    7.THE INFORMATION AND NOTICE SET FORTH NO MORE

THAN THE TEXT OF THE FORFEITURE STATUE AND CONTAIN NO FACTS IN SUPPORT OF THE CONCLUSION STATED IN THE INFORMATION AND NOTICE OF FORFEITURE.

8. THE CURRENCY AND VEHICLE DESCRIBED IS DERIVED FROM AND USED IN ASSOCIATION WITH LAWFUL BUSINESS ACTIVITY.

9. THE SAID DUANE MCKINNEY HAS NEVER BEEN CONVICTED OF ANY CRIMINAL OFFENSE OR ACTIVITY OF THE MENTIONED IN THE INFORMATION AND MOTION TO STRIKE ANSWER AND FOR ENTRY OF A DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE.

WHEREFORE THE PREMISES CONSIDERED, THE SAID DUANE MCKINNEY MOVES THE COURT FOR THE ENTRY OF AN ORDER DIRECTING THAT THE ABOVE DESCRIBED CURRENCY AND MOTOR VEHICLE BE FORTHWITH RETURNED TO HIS POSSESSION AND THE FORFEITURE BE DISMISS.

*DUANE MCKINNEY*

1035 10TH STREET N.E UNIT 1 WASHINGTON DC, 20002

