UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Civil Action No. 05-2404 (RBW) |
| ) | |
| ONE HUNDRED FIFTY-NINE THOUSAND  ) | |
| AND FORTY DOLLARS ($159,040.00) IN    ) | |
| UNITED STATES CURRENCY,      ) | |
| ) | |
| and      ) | |
| ) | |
| ONE 2002 BMW 745 LI SEDAN,      ) | |
| VIN: WBAGN63452DR02119,      ) | |
| ) | |
| Defendants.      ) | |

## PRAECIPE

On August 31, 2007, Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, filed an Opposition to Motion for Return of Illegally Seized Car and U.S. Currency. See Document No. 26. Plaintiff's Opposition was filed without an attached Proposed Order, therefore, Plaintiff corrects that omission and now files a Proposed Order to the Opposition to Motion for Return of Illegally Seized Car and U.S. Currency.

Respectfully submitted,

/s/ _____
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7912

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the proposed Order to the Opposition to Motion For Return of Illegally Seized Car and U.S. Currency and Proposed Order were sent by U.S. Postal Service, certified mail, to Mr. Duane McKinney, *Pro se,* 1610 R Street SE, #3, Washington, DC 20020 and to his criminal defense attorney, Gary Sidell, Esq., 101 Connecticut Avenue NW, Suite 1000, Washington, D.C. 20036 on this 6th day of September, 2007.

/s/ _____
DIANE G. LUCAS
Assistant United States Attorney