UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONE HUNDRED FIFTY-NINE THOUSAND )<br>AND FORTY DOLLARS ($159,040.00) IN )<br>UNITED STATES CURRENCY, )<br>)<br>and )<br>)<br>ONE 2002 BMW 745 LI SEDAN, )<br>VIN: WBAGN63452DR02119, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-2404 (RBW) |

## ORDER

Upon consideration of Duane McKinney's Motion for Return of Defendant Properties filed on August 24, 2007 and the plaintiff's Opposition thereto and the entire record herein, it is

ORDERED that the Motion for Return of Defendant Properties should be and hereby is DENIED.

IT IS SO ORDERED.

This _____ day of _____, 2007.

_____
REGGIE B. WALTON
United States District Judge

cc:   Diane Lucas, AUSA
      Duane McKinney