UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>ONE HUNDRED FIFTY-NINE )<br>THOUSAND AND FORTY DOLLARS )<br>($159,040.00) IN UNITED STATES )<br>CURRENCY, et al. )<br>   Defendants. )<br>_____) | Civil Action No. 05-2404 (RBW) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of September, 2007

**ORDERED** that the claimant's Motion for the Return of Seized Property is **DENIED**. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

_____
REGGIE B. WALTON
United States District Judge