UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ONE HUNDRED FIFTY-NINE )<br>THOUSAND AND FORTY DOLLARS )<br>($159,040.00) IN UNITED STATES )<br>CURRENCY, et al. )<br>    Defendants. )<br>) | Civil Action No. 05-2404 (RBW) |

**ORDER**

On December 15, 2005, the United States filed a Verified Complaint For Forfeiture In Rem ("Compl.") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) (2000). Compl. ¶ 1. The complaint alleged that the defendant properties – $159,040.00 in United States currency and a 2002 BMW 745 LI sedan, VIN: WBAGN63452DR02119 – were involved in money laundering and constitute or were derived from proceeds traceable to "a specified unlawful activity" proscribed by "the federal anti-money laundering statutes." Id. ¶¶ 1-4. A Warrant for Arrest In Rem was issued on December 15, 2005, and the properties were subsequently seized by the United States. Currently before this Court is the government's Motion to Strike Answer and for Entry of a Default Judgment and Judgment of Forfeiture Against the In Rem Defendant Properties and Duane McKinney's Motion for Return of Illegally Seized Car and U.S. Currency. Since the instant action is related to a pending criminal matter, United States v. McKinney, Cr. No. 07-113 (D.D.C. filed April 27, 2007), the Court finds that a stay of the instant forfeiture action pending resolution of the underlying criminal litigation would promote efficiency and

conserve party and judicial resources. Accordingly, it is hereby on this 3rd day of December 2007

**ORDERED** that the instant action shall be stayed pending resolution of the underlying criminal matter.  It is further

**ORDERED** that all pending motions in the instant action shall be denied without prejudice.  It is further

**ORDERED** that this matter shall be administratively closed pending resolution of the related criminal proceeding.

**SO ORDERED**.

/s/_____
Reggie B. Walton
United States District Judge